CO-386-online
10/03

# United States District Court
# For the District of Columbia

United States, For the Use of )
Norment Security Group, Inc. )
)
)
           vs     Plaintiff )   Civil Action No._____
)
Travelers Casualty and Surety )
Company )
     and )
Centex Construction Co., Inc. )
)
               Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for **Norment Security Group, Inc.** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **none to my knowledge** which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

**439116**
BAR IDENTIFICATION NO.

**Mark A. Smith**
Print Name

**1785 Massachusetts Avenue, NW, Suite 100**
Address

**Washington, DC 20036**
City    State    Zip Code

**202.776/0022**
Phone Number

CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

*United States, for the use of Norment Security Group, Inc.*, Plaintiff

v.

*Travelers Casualty and Surety Company and Centex Construction Co, Inc.*, Defendant

Civ

CASE NUMBER 1:05CV01715

JUDGE: Ellen Segal Huvelle

DECK TYPE: Contract

DATE STAMP: 08/29/2005

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for _Norment Security Group, Inc._ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _none to my knowledge_, which have any outstanding securities in the hands of the public. _____

_____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

439116
Bar Identification Number

Mark A. Smith
Print Name

1785 Massachusetts Ave, N.W., Suite 100
Address

Washington, DC  20036
City / State  Zip

(202) 776-0022
Telephone Number