UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, FOR THE USE OF <br> NORMENT SECURITY GROUP, INC. <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS CASUALTY AND SURETY <br> COMPANY AND CENTEX CONSTRUCTION <br> CO., INC. <br><br> Defendants. | Case No. 05-CV-01715 (ESH) <br><br> Judge Ellen Segal Huvelle |

## ANSWER

Defendants, Centex Construction, LLC successor by merger to Centex Construction Co., Inc., ("Centex") and Travelers Casualty and Surety Co. ("Travelers") (collectively, the "Defendants") by undersigned counsel answer the Complaint as follows:

### JURISDICTION AND VENUE

1. The allegations in paragraph 1 state a legal conclusion for which no response is required.

2. The allegations in paragraph 2 state a legal conclusion for which no response is required.

### PARTIES

3. Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

4. Admitted.

5. Denied as stated.

**FACTUAL ALLEGATIONS**

6. Denied as stated. Defendants aver that on or about March 15, 2002, Centex entered into a written contract with the United States of America, acting by and through the General Services Administration, for construction of the E. Barrett Prettyman Courthouse Annex in Washington D.C.

7. Admitted.

8. Admitted.

9. Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

10. Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

11. Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

12. Defendants admit that Centex received a letter from Norment stating that it remained unpaid by PCC, and that Centex provided Norment a copy of the Payment Bond. Except as so admitted, denied.

13. Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

**COUNT I – ACTION ON BOND**

14. Defendants incorporate their responses to paragraphs 1 to 13 as though fully set forth herein.

15. Denied.

16. Denied.

## COUNT II – QUANTUM MERUIT

17. Defendants incorporate their responses to paragraphs 1 to 16 as though fully set forth herein.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

Defendants deny that Plaintiff is entitled to any relief whatsoever from Defendants, including the relief prayed for in the paragraph beginning with the word "WHEREFORE."

## FIRST AFFIRMATIVE DEFENSE

22. Plaintiff's claims are barred, in whole or in part, by failure to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

23. Plaintiff's claims are barred, in whole or in part, by failure to mitigate, obviate, diminish or otherwise act to lessen or reduce the damages and liabilities alleged in the Complaint.

## THIRD AFFIRMATIVE DEFENSE

24. Plaintiff's claims are barred, in whole or in part, by its failure to comply with conditions precedent and/or conditions subsequent.

## FOURTH AFFIRMATIVE DEFENSE

25. Plaintiff's claims are barred, in whole or in part, by its own breaches of contract.

**FIFTH AFFIRMATIVE DEFENSE**

26.     Plaintiff's claims are barred, in whole or in part, as no obligation under the Payment Bond exists because the conditions precedent necessary to give rise to the surety's obligations thereunder have not occurred or been satisfied.

WHEREFORE, Defendants respectfully request that this Court dismiss Plaintiff's Complaint, with prejudice, and award Defendants all costs and attorneys fees associated with the defense of this Complaint, along with such other and further relief as the Court deems just and proper.

Respectfully submitted,

THELEN REID & PRIEST LLP

By:  _____/s/_____
Michael Evan Jaffe (Bar # 88443)
Todd J. Wagnon (Bar # 464287)
701 8th Street, N.W.
Washington, DC 20001
Ph: (202) 508-4000
Fax: (202) 508-4321
mjaffe@thelenreid.com
twagnon@thelenreid.com

Attorneys for Defendants
Centex Construction, LLC and
Travelers Casualty and Surety Co.

Date: September 20, 2005