UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>for the use and benefit of )<br>  )<br>NORMENT SECURITY GROUP,INC., )<br>  )<br>Plaintiffs, )<br>  )<br>  )<br>v. )<br>  )<br>TRAVELERS CASUALTY & SURETY )<br>COMPANY, a Connecticut corporation; )<br>CENTEX CONSTRUCTION CO., INC., )<br>A Texas corporation, )<br>Defendants. )<br>  ) | JUDGE: Ellen Segal Huvelle<br>CASE NO: 1:05CV01715<br><br>Next Scheduled Event:<br>Scheduling Conference<br>October 14, 2005 |

## UNOPPOSED MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

The United States of America, for the use and benefit of Norment Security Group, Inc., by and through undersigned counsel, hereby moves for the admission of Marvin H. Campbell, Esq., 407 South McDonough Street, Montgomery, Alabama, 36104 , (334) 263-7591, for purposes of appearing as counsel for use plaintiff in the above-styled case only.

Counsel for Defendants does not oppose the motion.

A declaration for admission pro hac vice has been attached.

Respectfully submitted,

LAW OFFICE OF MARK A. SMITH, LLC

By: _____
Mark A. Smith
Admitted in the State of Maryland and the
District of Columbia (Bar # 439116).
1785 Massachusetts Avenue, NW
Suite 100
Washington, DC 20036
Attorney for Use Plaintiff

Dated: October 7, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> for the use and benefit of ) <br> ) <br> NORMENT SECURITY GROUP, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TRAVELERS CASUALTY & SURETY ) <br> COMPANY, a Connecticut corporation; ) <br> CENTEX CONSTRUCTION CO., INC., ) <br> A Texas corporation, ) <br> Defendants. ) <br> ) | JUDGE: <br> CASE NO: |

### DECLARATION OF MARVIN H. CAMPBELL IN SUPPORT OF ADMISSION *PRO HAC VICE* PURSUANT TO RULE 83.2(d)

I, Marvin H. Campbell, depose and state as follows:

1. My full name is Marvin H. Campbell.

2. My office address is 407 South McDonough Street, Montgomery, Alabama, 36104, and my office phone number is (334) 263-7591.

3. I have been admitted to the following bars on the following dates:

(a) Supreme Court of Alabama: August 30, 1971

(b) U.S. District Court

      Northern District of Alabama
      Birmingham, Alabama      May 10, 1972

(b) U.S. District Court
    Middle District of Alabama
    Montgomery, Alabama      May 10, 1973

(c) U.S. Court of Appeals
    Fifth Circuit
    New Orleans, Louisiana      July 26, 1972

(d) U.S. Court of Appeals
    11th Circuit
    Atlanta, Georgia      April 19, 1982

(e) U.S. Court of Appeals
    District of Columbia
    Washington, DC      November 13, 1984

(f) U.S. Claims Court
    Washington, DC      May 18, 1984

4.    I have not been suspended or disbarred for disciplinary reasons from practice in any court.

5.    I have been admitted *pro hac vice* in this Court zero times in the last two years.

6.    I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar nor do I have an application pending for membership in the Bar.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and to the best of my knowledge and belief.

Executed on August **18**, 2005 in Montgomery, Alabama.

_____
MARVIN H. CAMPBELL

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October , 2005, I caused a true and correct copy of the foregoing United States of America for the use and benefit of Norment Security Group Inc. Motion For Admission of Counsel Pro Hac Vice and the Proposed Order, to be served by first-class mail, postage prepaid upon:

> Michael Evan Jaffe
> Todd J. Wagnon
> THELEN REID & PRIEST LLP
> 701 8th Street, N.W.
> Washington, D.C. 20001

_____
Mark A. Smith