UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, FOR THE USE OF ) <br> NORMENT SECURITY GROUP, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TRAVELERS CASUALTY AND SURETY ) <br> COMPANY AND CENTEX CONSTRUCTION ) <br> CO., INC. ) <br> ) <br> Defendants. ) <br> ) | Case No. 05-CV-01715 (ESH) <br><br> Judge Ellen Segal Huvelle |

## DEFENDANTS' PROPOSED SCHEDULING ORDER

Following review of the Joint Rule 16.3 Report and consultation with counsel for the parties at the Scheduling Conference on October 14, 2006, the Court enters this Scheduling Order as follows:

1. Amendments of pleadings should be governed by the rules set forth in Rule 15, F.R.Civ.P. No additional parties may be joined.

2. Initial Disclosures per Rule 26(a)(1), F.R.Civ. P. are not required.

3. Pre-trial discovery shall be completed by October 13, 2006. The limits on discovery as described in the Federal Rules of Civil Procedure shall not be modified.

4. The following deadlines shall apply for dispositive motions:

   - Filing of Dispositive Motions by November 13, 2006;
   - Oppositions to Dispositive Motions by November 29, 2006;
   - Replies to Oppositions by December 11, 2006;
   - Decision on Dispositive Motions by January 25, 2007.

5. With respect to experts, the following deadlines shall apply:

- Plaintiff should identify and provide expert reports 120 days before close of discovery;
- Defendants should identify and provide expert reports 90 days before close of discovery;
- Rebuttal expert reports shall be provided 60 days and 30 days before close of discovery, respectively;

6. The pre-trial conference shall be set for February 9, 2007. The trial date shall be set at the pre-trial conference.

7. The following deadlines shall also apply:

- Witness lists to be exchanged 60 days before close of discovery;
- Exhibits and any deposition excerpts that a party intends to use at trial to be exchanged 45 days before trial.

SO ORDERED, this ___ day of _____, 2005.

_____
Judge Ellen Segal Huvelle

DC #203741 v1