**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| for the use and benefit of | ) | |
| | ) | **JUDGE: Ellen Segal Huvelle** |
| **NORMENT SECURITY GROUP,INC.,** | ) | **CASE NO: 1:05CV01715** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TRAVELERS CASUALTY & SURETY** | ) | |
| **COMPANY, a Connecticut corporation;** | ) | |
| **CENTEX CONSTRUCTION CO., INC.,** | ) | |
| **A Texas corporation,** | ) | |
| **Defendants.** | ) | |
| | ) | |

_____

**ERRATA:**

**UNOPPOSED MOTION FOR**
**ADMISSION OF COUNSEL PRO HAC VICE**

In filing the Unopposed Motion for Admission of Counsel Pro Hac Vice

on October 7, 2005, the attached Proposed Order Granting Admission Pro

Hac Vice was inadvertently omitted.