## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, FOR THE USE OF NORMENT SECURITY GROUP, INC. ) ) ) ) | |
| Plaintiff, ) | Case No. 05-CV-01715 (ESH) |
| vs. ) | Judge Ellen Segal Huvelle |
| TRAVELERS CASUALTY AND SURETY COMPANY AND CENTEX CONSTRUCTION CO., INC. ) ) ) ) | |
| Defendants. ) | |

### [PROPOSED] ORDER ON MOTION TO STAY PENDING ARBITRATION

Upon consideration of Defendants' Motion to Stay Pending Arbitration, and the record in this case, it is this ____ day of _____, 2005 hereby:

ORDERED that the Motion is GRANTED, and this lawsuit is stayed as to all parties pending the conclusion of the pending arbitration between Norment Security Group, Inc. and PCC Construction Components, Inc.

The clerk is herby directed to close this case administratively, subject to reopening on the request of any party upon the conclusion of the pending arbitration.

_____
Judge Ellen Segal Huvelle

DC #203476 v1