**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES, FOR THE USE OF : <br> NORMENT SECURITY GROUP, INC. : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TRAVELERS CASUALTY AND SURETY CO., et al. : <br> : <br> Defendants. : | No. 05–CV–01715 (ESH) <br> Judge Huvelle |

**NOTICE OF ENTRY OF APPEARANCE**

The clerk will please enter the appearance of the counsel for defendant Travelers Casualty and Surety Company.

    Respectfully,

By: _____/s/_____
    Charles R. Claxton, D.C. Bar No. 249979
    GARSON CLAXTON LLC
    7910 Woodmont Avenue, Suite 650
    Bethesda, MD 20814
    (301) 280-2700
    (301) 280-2707 (fax)

    Travelers Casualty and Surety Co.