# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PCC CONSTRUCTION COMPONENTS, \*
INC.

    Plaintiff,

  v.        Civil No. RWT   05-cv-1758

ARCH INSURANCE COMPANY

    Defendant.

### ORDER

This is a case which was removed to this Court from the Circuit Court for Montgomery County, Maryland. It involves the project for the construction and renovation of the E. Barrett Prettyman Courthouse located in Washington, D.C. The parties to the litigation before this Court are PCC Construction Components, Inc. ("PCC"), a subcontractor, and Arch Insurance Company ("Arch"), a surety for a supplier, Norment Security Group, Inc. ("Norment"). As a subcontractor, PCC was engaged by Centrex Construction Co, the general contractor, to perform certain glass and glazing work on the project, and Norment was to provide supplies to PCC.

On July 6, 2005, PCC and Arch filed a Joint Motion requesting that this Court stay this action pending arbitration. The Joint Motion was granted by Order dated July 7, 2005 [Paper No. 10]. On August 29, 2005, Norment brought an action in the District Court for the District of Columbia against Centex and its surety for the labor and materials Norment supplied to the project. On April 19, 2006, PCC filed in this Court a Motion to Lift Stay, for Transfer of Venue, and for Order to Stay Arbitration [Paper No. 13].

It is clear that the matter before this Court is germane to and ultimately may be controlled by litigation presently before the United States District Court for the District of Columbia between Norment and Centex. Additionally, the dispute at the heart of all of the parties' claims involves renovation and construction of the building housing the United States District Court for the District of Columbia. It is therefore appropriate that this case be transferred to the District Court for the District of Columbia for all further proceedings, including the disposition of Plaintiff's request to stay arbitration. Accordingly, upon consideration of Plaintiff's Motion to Lift Stay, Transfer Venue, and Stay Arbitration, the opposition thereto, it is this 12th day of June, 2006, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Motion to Lift Stay, Transfer Venue and Stay Arbitration [Paper No. 13] is GRANTED IN PART; and it is further

**ORDERED**, that the stay of the current litigation is hereby lifted; and it is further

**ORDERED**, that this action is hereby transferred to the United States District Court for the District of Columbia for all further proceedings, including disposition of Plaintiff's request to stay arbitration; and it is further

**ORDERED**, that the Clerk is directed to administratively CLOSE THE CASE.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE