UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, FOR THE USE OF<br>NORMENT SECURITY GROUP, INC.<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY<br>COMPANY AND CENTEX<br>CONSTRUCTION CO., INC.<br><br>    Defendant/Counterclaimant. | Case No. 05-CV-01715 (JMF) |
| PCC CONSTRUCTION<br>COMPONENTS, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>ARCH INSURANCE CO.,<br><br>    Defendant. | Civil Action No. 06-1085 (JMF) |

## ORDER OF CONSOLIDATION

This matter comes before the Court on Centex Construction Co., Inc.'s ("Centex") Motion to Consolidate, filed in the above-captioned matters, and

WHEREAS, the claims in both lawsuits before this Court arise out of the same transaction or occurrence and involve common questions of fact and law; and it

APPEARING to the Court that the interests of justice support consolidation of the above-captioned matters; and it further

DC #237164 v1

APPEARING to the Court that consolidation will foster clarity, efficiency and the avoidance of confusion and prejudice; it further

APPEARING to the Court that consolidation will not prejudice any party to the above-captioned matters; it is hereby

ORDERED, as follows:

    a.    The above-captioned matters be consolidated for trial and all other purposes. All future filings are to be made in Case No. 05-CV-01715.

    b.    All motions and answers filed with respect to the above-captioned actions are deemed filed with respect to the consolidated action.

Entered this ____ day _____, 2006.

_____
Judge John M. Facciola