UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMENT SECURITY GROUP, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-01715-JMF |
| ) | |
| TRAVELERS CASUALTY AND ) | |
| SURETY COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

Madam Clerk:

Pursuant to LCvR 83.6(a) Please enter the appearance of Richard E. Hagerty as lead counsel and Tameka M. Collier as co-counsel for Plaintiff, Norment Security Group, Inc. Please send to our attention notice of all orders, notices and other filings in this case.

Respectfully submitted,

/s/ Richard E. Hagerty
Richard E. Hagerty, #411858
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
(703) 734-4334
(703) 734-4340 (fax)
richard.hagerty@troutmansanders.com

Tameka M. Collier, #488979
Troutman Sanders LLP
401 9th Street, N. W.
Suite 1000
Washington, DC 20004-2134
(202) 274-2950
(202) 274-2994 (fax)
tameka.coller@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2006, a true and accurate copy of the foregoing Entry of Appearance was delivered by first class mail, postage prepaid, to the following:

>Mark Anthony Smith
>Law Office of Mark A. Smith, LLC
>1785 Massachusetts Avenue, NW
>Suite 100
>Washington, DC 20036
>*Counsel for Norment Security Group, Inc.*
>
>Marvin H. Campbell
>407 South McDonough Street
>Montgomery, Alabama 36104
>*Counsel for Norment Security Group, Inc.*
>
>Charles Rick Claxton
>Garson & Claxton LLC
>7910 Woodmont Avenue
>Suite 650
>Bethesda, Maryland 20814
>*Counsel for Travelers Casualty and Surety Company*
>
>Todd J. Wagnon
>Thelen Reid & Priest, LLP
>701 Eighth Street, NW
>Washington, DC 20004
>*Counsel for Travelers Casualty and Surety Company and Centex Construction Co.*

>       /s/ Richard E. Hagerty
>       Richard E. Hagerty

#303542