**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES, FOR THE USE OF NORMENT SECURITY GROUP, INC. )<br><br>Plaintiff/Counterclaim Defendant, )<br><br>vs. )<br><br>TRAVELERS CASUALTY AND SURETY COMPANY AND CENTEX CONSTRUCTION CO., INC. )<br><br>Defendant/Counterclaimant. ) | Case No. 05-CV-01715 (JMF) |
| PCC CONSTRUCTION COMPONENTS, INC. )<br><br>Plaintiff, )<br><br>vs. )<br><br>ARCH INSURANCE CO., )<br><br>Defendant. ) | Civil Action No. 06-CV-1085 (JMF) |

**ORDER**

Upon consideration of the Motion for Leave to File Claim Against PCC Construction Components, Inc. filed by Centex Construction LLC and all oppositions and replies thereto, it is this ____ day of _____, 2006 hereby ORDERED that the motion is GRANTED.

_____
Judge John M. Facciola

DC #240821 v1