LAW OFFICES OF

## MARVIN H. CAMPBELL

407 SOUTH McDONOUGH STREET

POST OFFICE BOX 4979

MONTGOMERY, ALABAMA 36103

TEL. NO.: (334) 263-7591   FAX NO.: (334) 832-9476

September 29, 2005

*Via Facsimile Transmission*

Mr. Leonard A. Sacks
One Church Street, Suite 303
Rockville, MD 20850

Re:   **Norment Security Group, Inc. and PCC Construction Components, Inc.
AAA Case No. 16 110 Y 00255 05**

Dear Lenny:

Please find enclosed a copy of my letter to the American Arbitration Association confirming that the parties have selected Gregory Benkwith as the third arbitrator in this case.

Norment has authorized me to discuss an agreement to consolidate all claims in the pending Miller Act suit in the U.S. District Court for the District of Columbia. A consolidation assumes, of course, that the U.S. District Court will exercise ancillary or pendent jurisdiction over Norment's "state law claims" against PCC. If the Court takes jurisdiction, PCC may then assert its claims against Norment, as well as any claims it may have against Centex. Any such agreement must include a stay of the arbitration. We probably do not want the AAA to dismiss the arbitration since the District Court may decline to decide the pendent claims.

Please let me know if PCC wants to place the arbitration "in abeyance" and litigate its claims in the U.S. District Court.

Sincerely yours,

Marvin H. Campbell

MHC/hlr
cc:   Angela Crosby, Esq.
Norment Security Group, Inc.

EXHIBIT

2