LEONARD A. SACKS & ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

(301) 738-2470
FAX (301) 738-3705

January 14, 2006

E-mail: lsacks@laspc.net

Marvin H. Campbell, Esquire
407 South McDonough Street
P.O. Box 4979
Montgomery, Alabama 36103

Re: Norment Security Group, Inc. and PCC Construction Components, Inc.
AAA Case No. 16 110 Y 00255 05

Dear Marvin:

Enclosed please find the files in response to the Document Request. I have checked with my client and the first two weeks in February are open for a meeting. Please give me your bad dates and I will try to finalize a meeting. I will be forwarding to you some additional document requests from PCC and would like to have the materials to review prior to the meeting.

Although we have discussed alternatives, time is passing in your case against Centex and time is running towards the arbitration date in our case. As we both discussed, the concept of paying the arbitration fees is not attractive. It is PCC's position that the Norment claims are "pass through" claims against Centex and/or the Owner. Therefore, if we stay in the arbitration forum, we intend to file a Motion to Stay pending the outcome of Norment's case against Centex. But, we can proceed on PCC's claims against Norment since they do not involve actions or inactions of Centex and/or the Owner, in PCC's view of the case. To further complicate matters, it is my understanding that Centex has now filed a counterclaim on behalf of its other subcontractor and may file some type of delay claim which raises the stakes even higher.

I welcome your suggestions on a way to keep the focus of this case on the central issues and to reach an agreement to have one litigation, if necessary.

Very truly yours,

Leonard A. Sacks

LAS:
Enclosures
cc: Vito Germinario

EXHIBIT 3

ADMITTED TO PRACTICE IN MARYLAND • DISTRICT OF COLUMBIA • VIRGINIA • NEW YORK