# Leonard Sacks

**From:** Jaffe, Michael Evan [mjaffe@thelenreid.com]
**Sent:** Monday, February 13, 2006 5:36 PM
**To:** Leonard Sacks
**Cc:** Wagnon, Todd
**Subject:** PCC/Norment

Lenny,

Centex cannot agree to PCC's intervention. The time for adding parties lapsed two months ago.

Michael
=0

EXHIBIT 4

5/12/2006