IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES for the use and benefit of NORMENT SECURITY GROUP, INC., <br>      Plaintiff/Counter-Defendant, <br><br> v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY and CENTEX CONSTRUCTION CO., INC., <br>      Defendants/Counter-Plaintiffs. | Case No.:   05-CV-01715 (JMF) |
| CENTEX CONSTRUCTION CO., INC., <br>      Third-Party Plaintiff, <br><br> v. <br><br> PCC CONSTRUCTION COMPONENTS, INC., <br>      Third-Party Defendant. | |
| PCC CONSTRUCTION COMPONENTS, INC., <br>      Plaintiff, <br><br> v. <br><br> ARCH INSURANCE COMPANY, <br>      Defendant. | Case No.: 06-CV-1085 (JMF) |

**PCC CONSTRUCTION COMPONENTS INC.'S
MOTION TO DISMISS CENTEX CONSTRUCTION, LLC'S
THIRD-PARTY COMPLAINT**

COMES NOW the Third-Party Defendant, PCC Construction Components, Inc. ("PCC"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), and requests that the Court grant this Motion to Dismiss Counts II, III and IV of the Third-Party

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

Complaint filed by Third-Party Plaintiff Centex Construction LLC, successor by merger to Centex Construction Co., Inc. ("Centex"). The bases for this Motion to Dismiss are set forth more fully in the attached memorandum which is incorporated herein by this reference.

Respectfully submitted by,

/s/
Leonard A. Sacks, Esq., DCB 150268
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
(301) 738-2470

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of the foregoing Motion to Dismiss and accompanying Memorandum of Points and Authorities in Support thereof were sent by CM/ECF electronic delivery this 15th day of November 2006 to:

| | |
|---|---|
| Michael E. Jaffe, Esq.<br>Todd J. Wagnon, Esq.<br>Thelen Reid & Priest, LLP<br>701 Eighth Street, N.W.<br>Washington, D.C. 20001 | Richard E. Hagerty, Esq.<br>Troutman Sanders, LLP<br>1660 International Drive<br>Suite 600<br>McLean, Virginia 22102 |
| Marvin H. Campbell, Esq.<br>Law Offices of Marvin H. Campbell<br>P.O. Box 4979<br>Montgomery, AL 36103 | Tameka M. Collier, Esq.<br>Troutman Sanders, LLP<br>401 Ninth Street, N.W.<br>Suite 1000<br>Washington, D.C. 20004-2134 |
| Rick Claxton, Esq.<br>Garson Claxton, LLC<br>7910 Woodmont Avenue<br>Suite 650<br>Bethesda, MD 20814 | |

/s/
Leonard A. Sacks

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

2