# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES for the use and benefit of NORMENT SECURITY GROUP, INC., <br>     Plaintiff/Counter-Defendant, <br><br> v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY and CENTEX CONSTRUCTION CO., INC., <br>     Defendants/Counter-Plaintiffs. | Case No.:   05-CV-01715 (JMF) |
| CENTEX CONSTRUCTION CO., INC., <br>     Third-Party Plaintiff, <br><br> v. <br><br> PCC CONSTRUCTION COMPONENTS, INC., <br>     Third-Party Defendant. | |
| PCC CONSTRUCTION COMPONENTS, INC., <br>     Plaintiff, <br><br> v. <br><br> ARCH INSURANCE COMPANY, <br>     Defendant. | Case No.: 06-CV-1085 (JMF) |

## **ORDER**

UPON CONSIDERATION of the Motion to Dismiss Counts II, III, and IV of the Third-Party Complaint filed by Centex Construction, LLC, successor by merger to Centex Construction Co., Inc. against the Third-Party Defendant, PCC Construction Components, it is this ___ day of _____ 2006 hereby,

ORDERED that the Motion to Dismiss Counts II, III, and IV of the Claim Against PCC, the Third-Party Complaint, is **granted** and PCC Construction Components, Inc. shall have ten (10) days from the date of this Order to Answer or otherwise respond to the remaining counts contained in the Third-Party Complaint.

_____
, U.S. District Court Judge

Copies to:

Leonard A. Sacks, Esq.
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850

Michael E. Jaffe, Esq.
Todd J. Wagnon, Esq.
Thelen Reid & Priest, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001

Marvin H. Campbell, Esq.
Law Offices of Marvin H. Campbell
P.O. Box 4979
Montgomery, Alabama 36103

Rick Claxton, Esq.
Garson Claxton, LLC
7910 Woodmont Avenue • Suite 650
Bethesda, Maryland 20814

Richard E. Hagerty, Esq.
Troutman Sanders, LLP
1660 International Drive • Suite 600
McLean, Virginia 22102

Tameka M. Collier, Esq.
Troutman Sanders, LLP
401 Ninth Street, N.W. • Suite 1000
Washington, D.C. 20004-2134