## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, FOR THE USE OF NORMENT SECURITY GROUP, INC. ) ) ) ) Plaintiff/Counterclaim Defendant, ) ) vs. ) ) ) TRAVELERS CASUALTY AND SURETY ) COMPANY AND CENTEX ) CONSTRUCTION CO., INC. ) ) Defendant/Counterclaimant. ) ) | Case No. 05-CV-01715 (JMF) |

| | |
|---|---|
| CENTEX CONSTRUCTION LLC ) ) Third-Party Plaintiff, ) ) vs. ) ) PCC CONSTRUCTION COMPONENTS, INC. ) ) Third-Party Defendant. ) | |

| | |
|---|---|
| PCC CONSTRUCTION COMPONENTS, INC. ) ) Plaintiff, ) ) vs. ) ) ARCH INSURANCE CO., ) ) Defendant. ) | Civil Action No. 06-CV-1085 (JMF) |

**<u>ORDER</u>**

Upon consideration of PCC Construction Components, Inc.'s ("PCC") Motion to Dismiss Counts II, III and IV of Centex Construction LLC's Claim Against PCC and all oppositions and replies thereto, it is this ____ day of _____, 2006 hereby ORDERED that the motion is DENIED as to Counts II and III. Count IV is dismissed without prejudice. PCC shall have eleven (11) days from the date of this Order to respond to Counts I, II, III and V.

                                                                _____
Judge John M. Facciola