**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES, FOR THE USE OF NORMENT SECURITY GROUP, INC. ) ) ) ) Plaintiff/Counterclaim Defendant, ) ) vs. ) ) TRAVELERS CASUALTY AND SURETY ) COMPANY AND CENTEX ) CONSTRUCTION CO., INC. ) ) Defendant/Counterclaimant. ) | Case No. 05-CV-01715 (JMF) Judge John M. Facciola |
| CENTEX CONSTRUCTION LLC ) ) Third-Party Plaintiff, ) ) vs. ) ) PCC CONSTRUCTION COMPONENTS, INC. ) ) Third-Party Defendant. ) | Consolidated for discovery: |
| PCC CONSTRUCTION COMPONENTS, INC. ) ) Plaintiff, ) ) vs. ) ) ARCH INSURANCE CO., ) ) Defendant. ) | Civil Action No. 06-CV-1085 (JMF) Judge John M. Facciola |

**NOTICE OF LAW FIRM NAME CHANGE**

DC #254906 v1

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective December 1, 2006, the law firm of Thelen Reid & Priest LLP, counsel for Centex Construction LLC, successor by merger to Centex Construction Co., Inc. in the above-entitled action, will change its name to Thelen Reid Brown Raysman & Steiner LLP. The firm's address and telephone and fax numbers will remain the same.

Dated: November 30, 2006             THELEN REID & PRIEST LLP

                                        By:      /s/ Todd J. Wagnon
                                                Michael Evan Jaffe (Bar # 88443)
                                                Todd J. Wagnon (Bar # 464287)
                                                701 Eighth Street, N.W.
                                                Washington, D.C. 20001
                                                Telephone: (202) 508-4215
                                                Facsimile: (202) 654-1828
                                                mjaffe@thelenreid.com
                                                twagnon@thelenreid.com

                                                Attorneys for Defendant/Counterclaimant
                                                Centex Construction, LLC, successor by merger to
                                                Centex Construction Co., Inc.

DC #254906 v1