**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES, FOR THE USE OF NORMENT SECURITY GROUP, INC. )<br><br>Plaintiff/Counterclaim Defendant, )<br><br>vs. )<br><br>TRAVELERS CASUALTY AND SURETY COMPANY AND CENTEX CONSTRUCTION CO., INC. )<br><br>Defendant/Counterclaimant. ) | Case No. 05-CV-01715 (JMF) |
| CENTEX CONSTRUCTION LLC )<br><br>Third-Party Plaintiff, )<br><br>vs. )<br><br>PCC CONSTRUCTION COMPONENTS, INC. )<br><br>Third-Party Defendant. ) | |
| PCC CONSTRUCTION COMPONENTS, INC. )<br><br>Plaintiff, )<br><br>vs. )<br><br>ARCH INSURANCE CO., )<br><br>Defendant. ) | Civil Action No. 06-CV-1085 (JMF) |

**REQUEST FOR LEAVE TO FILE SUR-REPLY**

DC #258311 v1

Centex Construction LLC ("Centex") respectfully submits this request for leave to file a sur-reply memorandum in opposition to PCC Construction Components Inc.'s ("PCC") motion to dismiss.  A sur-reply is necessary in this instance because PCC's Reply to Centex's Opposition incorrectly describes the facts and holding of *Calvetti v. Antcliff*, 346 F. Supp.2d 92 (D.D.C. 2004) in an attempt to distinguish that case from the present facts.  *Calvetti* involved multiple defendants, and PCC attempts to distinguish that case on the basis of statements in the opinion that apply only to allegations against Defendants Charles Antcliff and Antcliff Aluminum.  As described more fully in the attached sur-reply, the ruling of the Court as regards Defendant David Antcliff involved fraud during the course of performance of a contract – not fraud in the inducement.

Date:  December 5, 2006

Respectfully submitted,

THELEN REID & PRIEST LLP

By:      /s/ Todd Wagnon
Michael Evan Jaffe (Bar # 88443)
Todd J. Wagnon  (Bar # 464287)
701 8th Street, N.W.
Washington, DC  20001
Ph:  (202) 508-4000
Fax:  (202) 508-4321
mjaffe@thelenreid.com
twagnon@thelenreid.com

Attorneys for Centex Construction, LLC,
successor by merger to Centex Construction Co., Inc.