**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES, FOR THE USE OF NORMENT SECURITY GROUP, INC. )<br><br>Plaintiff/Counterclaim Defendant, )<br><br>vs. )<br><br>TRAVELERS CASUALTY AND SURETY COMPANY AND CENTEX CONSTRUCTION CO., INC. )<br><br>Defendant/Counterclaimant. ) | Case No. 05-CV-01715 (JMF) |
| CENTEX CONSTRUCTION LLC )<br><br>Third-Party Plaintiff, )<br><br>vs. )<br><br>PCC CONSTRUCTION COMPONENTS, INC. )<br><br>Third-Party Defendant. ) | |
| PCC CONSTRUCTION COMPONENTS, INC. )<br><br>Plaintiff, )<br><br>vs. )<br><br>ARCH INSURANCE CO., )<br><br>Defendant. ) | Civil Action No. 06-CV-1085 (JMF) |

**SUR-REPLY MEMORANDUM IN OPPOSITION TO PCC CONSTRUCTION**
<u>**COMPONENTS, INC.'S MOTION TO DISMISS**</u>

DC #258312 v1

Centex Construction LLC ("Centex") respectfully submits this sur-reply memorandum in opposition to PCC Construction Components, Inc.'s ("PCC") Motion to Dismiss Counts II, III and IV of Centex's Third-Party Complaint.

PCC's Reply to Centex's Opposition to PCC's motion to dismiss states that *Calvetti v. Antcliff*, 346 F. Supp.2d 92 (D.D.C. 2004) is distinguishable from the present case because *Calvetti* involved fraud in the inducement of the contract, and not fraud in the course of performance. (PCC Reply to Centex's Opposition, at 4.) A careful reading of *Calvetti* shows that it is in fact <u>not</u> distinguishable from the present case as suggested by PCC. In attempting to distinguish *Calvetti*, PCC has mistakenly relied on the Court's statements relating solely to fraud allegations against Defendants Charles Antcliff and Antcliff Aluminum. See *Calvetti*, 346 F. Supp.2d at 100. In a separate discussion on the next page of the opinion, which is the portion cited by Centex in its Opposition (at pg. 7), the Court addressed the allegations against Defendant David Antcliff. *Id.* at 101. The fraud allegations against David Antcliff were for fraud in the performance of the contract concerning expenses and invoices for the projects. *Id.* As to him, the Court allowed both the breach of contract claims and the fraud claims to proceed. *Id.*

Date: December 5, 2006

Respectfully submitted,

THELEN REID & PRIEST LLP

By:   /s/ Todd Wagnon
Michael Evan Jaffe (Bar # 88443)
Todd J. Wagnon (Bar # 464287)
701 8th Street, N.W.
Washington, DC 20001
Ph: (202) 508-4000
Fax: (202) 508-4321
mjaffe@thelenreid.com
twagnon@thelenreid.com

Attorneys for Centex Construction, LLC, successor by merger to Centex Construction Co., Inc.