**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES, FOR THE USE OF NORMENT SECURITY GROUP, INC.<br><br>      Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY AND CENTEX CONSTRUCTION CO., INC.<br><br>      Defendant/Counterclaimant. | Case No. 05-CV-01715 (JMF) |
| CENTEX CONSTRUCTION LLC<br><br>      Third-Party Plaintiff,<br><br>vs.<br><br>PCC CONSTRUCTION COMPONENTS, INC.<br><br>      Third-Party Defendant. | |
| PCC CONSTRUCTION COMPONENTS, INC.<br><br>      Plaintiff,<br><br>vs.<br><br>ARCH INSURANCE CO.,<br><br>      Defendant. | Civil Action No. 06-CV-1085 (JMF) |

**ORDER**

DC #258322 v1

2

    Upon consideration of Centex Construction LLC's Motion for Leave to File Sur-Reply, it is this \_\_\_\_ day of _____, 2006 hereby ORDERED that the motion is GRANTED.

    _____
    Judge John M. Facciola