## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br>for the use and benefit of<br><br>**NORMENT SECURITY GROUP, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**TRAVELERS CASUALTY & SURETY**<br>**COMPANY, a Connecticut corporation;**<br>**CENTEX CONSTRUCTION CO., INC.,**<br>**A Texas corporation,**<br><br>Defendants. | **CASE NO:** 05-CV-01715 (JMF) |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## OF COUNSEL FOR PLAINTIFF

Pursuant to Local Civil Rule 83.6, undersigned counsel does hereby submit this notice of withdrawal from the above case.  In support of this Notice of Withdrawal, undersigned counsel asserts the following:

1.    Another Attorney has entered his appearance on behalf of Plaintiff.

2.    No Trial Date has been set in this matter.

Respectfully submitted,

LAW OFFICE OF A MARK A. SMITH, LLC

By _____

Mark A. Smith
D.C. Bar No. 439116

1785 Massachusetts Avenue, NW
Suite 100
Washington, DC 20036
(202) 776-0022

*Counsel for Plaintiff*
*Norment Security Group, Inc.*

*Signed:*

By _____
        *Norment Security Group, Inc.*

Dated: December 11, 2006

2