IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES for the use and benefit of NORMENT SECURITY GROUP, INC., <br>     Plaintiff/Counter-Defendant, <br><br> v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY and CENTEX CONSTRUCTION CO., INC., <br>     Defendants/Counter-Plaintiffs. | Case No.: 05-CV-01715 (JMF) |
| CENTEX CONSTRUCTION CO., INC., <br>     Third-Party Plaintiff/Counter-Defendant, <br><br> v. <br><br> PCC CONSTRUCTION COMPONENTS, INC., <br>     Third-Party Defendant/Counter-Plaintiff. | Consolidated For Discovery With: |
| PCC CONSTRUCTION COMPONENTS, INC., <br>     Plaintiff, <br><br> v. <br><br> ARCH INSURANCE COMPANY, <br>     Defendant. | Case No.: 06-CV-1085 (JMF) |

**PCC CONSTRUCTION COMPONENTS INC.'S**
**ANSWER TO COUNT I OF CENTEX CONSTRUCTION CO., INC.'S CLAIM**

COMES NOW the Third-Party Defendant, PCC Construction Components, Inc. ("PCC"), by and through its undersigned counsel, for its Answer to Count I of Centex Construction Co., Inc.'s Claim ("Third-Party Complaint"), and avers as follows:

Law Offices
LEONARD A. SACKS & ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

**First Defense**

The Third-Party Complaint fails to state a cause of action on which relief may be granted.

**Second Defense**

Centex Construction Co., Inc. ("Centex") has failed to satisfy the conditions precedent to maintain the instant action.

**Third Defense**

Centex's claim is barred by the first breach rule and its own breaches of the contract.

**Fourth Defense**

Centex's claim is barred by waiver.

**Fifth Defense**

Centex's claim is barred by its own negligence.

**Sixth Defense**

Centex's claim is barred by accord and satisfaction.

**Seventh Defense**

Centex's claim is barred, in whole or in part, by release.

**Eighth Defense**

PCC reserves the right to supplement these defenses as discovery uncovers other potential defenses.

**Ninth Defense**

Answering each of the numbered paragraphs of the Third-Party Complaint, PCC states as follows:

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

1. Jurisdiction is a legal question for the Court to which no answer is required, but if an answer is required, PCC denies the allegations of Paragraph 1 and demands strict proof thereof.

2. Upon information and belief, PCC admits the allegations of Paragraph 2.

3. PCC admits that it entered into a subcontract with Centex and entered into a sub-subcontract with Norment, but avers that the best evidence of the terms, conditions and scope are the documents themselves; PCC denies any allegations of Paragraph 3 that are inconsistent therewith.

4. Upon information and belief, PCC admits the allegations of Paragraph 4, but avers that the best evidence of Norment's allegations is the pleading itself and denies any allegations that are inconsistent therewith.

5. Upon information and belief, PCC admits the allegations of Paragraph 5, but avers that the best evidence of Agreement for Consent Award and Mutual Partial Release is the document itself and denies any allegations that are inconsistent therewith.

6. Upon information and belief, PCC admits the allegations of Paragraph 6, but avers that the best evidence of Norment's agreements is the documents themselves; PCC denies any allegations that are inconsistent therewith.

## COUNT I
### [Contractual Indemnification]

7. PCC incorporates its responses to Paragraphs 1 through 6 of the Third-Party Complaint as if fully restated herein as Paragraph 7.

8. PCC avers that the best evidence of the terms and conditions of the Subcontract is the document itself and denies any allegations of Paragraph 8 that are inconsistent therewith.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

9.  PCC denies the allegations of Paragraph 9.

10. PCC avers that the best evidence of the terms and conditions of the Subcontract is the document itself and denies any allegations of Paragraph 10 that are inconsistent therewith.

11. PCC admits that it did not defend Centex in the Miller Act lawsuit filed by Norment as alleged in Paragraph 11 and also avers that it had no duty or obligation to defend Centex and/or Travelers.

12. PCC denies the allegations of Paragraph 12.

WHEREFORE, PCC Construction Components, Inc. submits that Count I of Centex Construction Co., Inc.'s Claim Against it should be dismissed with prejudice and it should be awarded its costs, fees and such other relief as the Court deems appropriate.

Respectfully submitted by,

/s/
Leonard A. Sacks, Esq., DCB 150268
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
(301) 738-2470

*Counsel for PCC Construction Components*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of PCC's foregoing Answer to Centex's Claim was sent by CM/ECF electronic delivery this 18th day of January 2007 to:

Michael E. Jaffe, Esq.
Todd J. Wagnon, Esq.
Thelen Reid Brown Raysman & Steiner, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001

Marvin H. Campbell, Esq.
Law Offices of Marvin H. Campbell
P.O. Box 4979
Montgomery, Alabama 36103

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

4

| | |
|---|---|
| Rick Claxton, Esq.<br>Garson Claxton, LLC<br>7910 Woodmont Avenue<br>Suite 650<br>Bethesda, Maryland 20814 | Tameka M. Collier, Esq.<br>Troutman Sanders, LLP<br>401 Ninth Street, N.W.<br>Suite 1000<br>Washington, D.C. 20004-2134 |
| Richard E. Hagerty, Esq.<br>Troutman Sanders, LLP<br>1660 International Drive<br>Suite 600<br>McLean, Virginia 22102 | |

                                                                                 /s/
                                        Leonard A. Sacks

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705