IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES for the use and benefit of NORMENT SECURITY GROUP, INC., <br>     Plaintiff/Counter-Defendant, <br><br> v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY and CENTEX CONSTRUCTION CO., INC., <br>     Defendants/Counter-Plaintiffs. <br><br> CENTEX CONSTRUCTION CO., INC., <br>     Third-Party Plaintiff/Counter-Defendant, <br><br> v. <br><br> PCC CONSTRUCTION COMPONENTS, INC., <br>     Third-Party Defendant/Counter-Plaintiff. | Case No.: 05-CV-01715 (JMF) <br><br><br><br> Consolidated For Discovery With: |
| PCC CONSTRUCTION COMPONENTS, INC., <br>     Plaintiff, <br><br> v. <br><br> ARCH INSURANCE COMPANY, <br>     Defendant. | Case No.: 06-CV-1085 (JMF) |

**PCC CONSTRUCTION COMPONENTS INC.'S**
**ANSWER TO COUNT V OF CENTEX CONSTRUCTION CO., INC.'S CLAIM**

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

      COMES NOW the Third-Party Defendant, PCC Construction Components, Inc. ("PCC"), by and through its undersigned counsel, for its Answer to Count V of Centex Construction Co., Inc.'s Claim ("Third-Party Complaint"), and avers as follows:

**First Defense**

The Third-Party Complaint fails to state a cause of action on which relief may be granted.

**Second Defense**

Centex Construction Co., Inc. ("Centex") has failed to satisfy the conditions precedent to maintain the instant action.

**Third Defense**

Centex's claim is barred by the first breach rule and its own breaches of the contract.

**Fourth Defense**

Centex's claim is barred by waiver.

**Fifth Defense**

Centex's claim is barred by its own negligence.

**Sixth Defense**

Centex's claim is barred by accord and satisfaction.

**Seventh Defense**

Centex's claim is barred, in whole or in part, by release.

**Eighth Defense**

PCC reserves the right to supplement these defenses as discovery uncovers other potential defenses.

**Ninth Defense**

Answering each of the numbered paragraphs of the Third-Party Complaint, PCC states as follows:

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705


## COUNT V
### [Breach of Contract]

28. PCC incorporates its Answers to Paragraphs 1 through 27 of the Third-Party Complaint as if fully restated herein as Paragraph 28.

29. PCC avers that the best evidence of the terms and conditions of the Subcontract is the document itself and denies any allegations of Paragraph 29 that are inconsistent therewith.

30. PCC denies the allegations of Paragraph 30.

31. PCC denies the allegations of Paragraph 31.

32. PCC denies the allegations of Paragraph 32.

33. Norment's allegations are stated in the record and the best evidence of the pleading is the document itself; PCC, therefore, denies any allegations of Paragraph 33 that are inconsistent therewith.  Stating further, PCC denies liability for the Modern Mosaic claim.

34. PCC denies the allegations of Paragraph 34.

35. For lack of information and belief as to Centex's damages claimed, PCC denies the allegations of Paragraph 35 and demands strict proof thereof.

36. PCC denies that it had an obligation to defend and indemnify Centex and Travelers as alleged in Paragraph 36.

WHEREFORE, PCC Construction Components, Inc. submits that Count V of Centex Construction Co., Inc.'s Claim against it should be dismissed with prejudice and it should be awarded its costs, fees and such other relief as the Court deems appropriate.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

        Respectfully submitted by,

        /s/
        Leonard A. Sacks, Esq., DCB 150268
        Leonard A. Sacks & Associates, P.C.
        One Church Street • Suite 303
        Rockville, Maryland 20850
        (301) 738-2470

        *Counsel for PCC Construction Components*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of PCC's foregoing Answer to Count V of Centex's Claim was sent by CM/ECF electronic delivery this 18th day of January 2007 to:

Michael E. Jaffe, Esq.
Todd J. Wagnon, Esq.
Thelen Reid Brown Raysman & Steiner, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001

Marvin H. Campbell, Esq.
Law Offices of Marvin H. Campbell
P.O. Box 4979
Montgomery, Alabama 36103

Rick Claxton, Esq.
Garson Claxton, LLC
7910 Woodmont Avenue
Suite 650
Bethesda, Maryland 20814

Richard E. Hagerty, Esq.
Troutman Sanders, LLP
1660 International Drive
Suite 600
McLean, Virginia 22102

Tameka M. Collier, Esq.
Troutman Sanders, LLP
401 Ninth Street, N.W.
Suite 1000
Washington, D.C. 20004-2134

        /s/
        Leonard A. Sacks

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705