IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES for the use and benefit of NORMENT SECURITY GROUP, INC.,<br>  Plaintiff/Counter-Defendant,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY and CENTEX CONSTRUCTION CO., INC.,<br>  Defendants/Counter-Plaintiffs.<br><br>CENTEX CONSTRUCTION CO., INC.,<br>  Third-Party Plaintiff/Counter-Defendant,<br><br>v.<br><br>PCC CONSTRUCTION COMPONENTS, INC.,<br>  Third-Party Defendant/Counter-Plaintiff. | Case No.:   05-CV-01715 (JMF)<br><br><br><br>**Consolidated For Discovery With:** |
| PCC CONSTRUCTION COMPONENTS, INC.,<br>  Plaintiff,<br><br>v.<br><br>ARCH INSURANCE COMPANY,<br>  Defendant. | Case No.: 06-CV-1085 (JMF) |

**PCC CONSTRUCTION COMPONENT, INC.'S
<u>COUNTERCLAIM AGAINST CENTEX CONSTRUCTION CO., INC.</u>**

  COMES NOW the Counter-Plaintiff, PCC Construction Components, Inc. ("PCC") by and through its undersigned counsel, for its Counterclaim against Centex Construction Co., Inc. ("Centex"), and avers as follows:

Law Offices
LEONARD A. SACKS & ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

1. Centex entered into a construction contract with the United States of America, acting by and through the General Services Administration ("GSA") for construction of the E. Barrett Prettyman Courthouse Annex in Washington, D.C. (the "Project").

2. Pursuant to the requirements of the contract between Centex and GSA, Centex was required to provide a payment bond for the protection of those supplying labor, material, and equipment to the Project.

3. Centex's scope of work with GSA included, in part, supply and installation of certain blast resistant and ballistic windows as more fully set forth in the plans and specifications provided by GSA.

4. Centex entered into an agreement with PCC to supply and install the blast resistant and ballistic windows in accordance with the plans and specifications ("Subcontract").

5. PCC sub-subcontracted a part of its scope of work to Norment Security Group, Inc. ("Norment").

## COUNT I
### [Indemnification]

PCC incorporates the allegations of Paragraphs 1 through 5 as if fully set forth herein as Paragraph 6.

6. Norment filed a claim against PCC.

7. The claims filed by Norment against PCC included claims that Norment incurred substantial damages for engineering its work and fabrication of its work to conform to the requirements of the precast supplier employed by Centex on the Project.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

8. Norment avers that it had its shop drawings prepared, submitted and approved in accordance with the plans and specifications.

9. At the request and direction of Centex, PCC directed Norment to alter its work to conform to the precast shop drawing design.

10. PCC claims that these costs were the responsibility of Centex arising out of the failure by Centex to timely coordinate the designs of the precast supplier and the window supplier.

11. As a direct result of Centex's action or inaction, PCC incurred substantial legal costs in defending the action brought by Norment against PCC before the American Arbitration Association ("Arbitration Action").

12. PCC is entitled to be indemnified and reimbursed for the costs and expenses in defending the Arbitration Action brought by Norment.

WHEREFORE, PCC Construction Components, Inc. requests judgment against Centex Construction Co., Inc. in the amount of Fifty Thousand Dollars ($50,000) or in an amount determined by the Court at trial for the reimbursement of legal fees, interest, costs and expenses.

## COUNT II
### [Breach of Contract]

13. PCC incorporates the allegations of Paragraphs 1 through 5 as if fully restated herein as Paragraph 13.

14. PCC performed the work and submitted monthly invoices that were reviewed and approved by Centex and the representatives of GSA.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

15. Upon information and belief, Centex did not pay PCC in accordance with the time required by the Federal Procurement Regulations for payment of subcontractors after the general contractor receives the funds from the GSA.

16. Centex's failure to make timely payments was a material breach of the Subcontract that was not waived by PCC's continued good faith performance.

17. PCC completed its work, entitling it to the payment of the original subcontract amount of Eight Million Four Hundred Forty Thousand Dollars ($8,440,000.00).

18. PCC performed work in excess of its Subcontract requirements, at Centex's request and direction, for which Centex agreed to compensate it in the submitted and approved amount of Two Hundred One Thousand Nine Hundred Seventy-Six Dollars ($201,976.00).

19. To date, Centex has paid PCC Eight Million Three Hundred Seventy-Eight Thousand Two Hundred Fifty-Six Dollars ($8,378,256.00).

20. PCC performed work outside the scope of its Subcontract at Centex's request and direction, which entitled it to an equitable adjustment to its Subcontract.

21. PCC submitted cost proposals to Centex.

22. Centex has failed and refused to make payment on any of the claims submitted.

23. Centex has failed and refused to make payment despite demand.

24. The amount due and owing is Two Hundred Sixty-One Thousand Seven Hundred Nineteen Dollars and Forty-Seven Cents ($261,719.47).

25. All conditions precedent to the filing of the instant action have been satisfied.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

WHEREFORE, PCC Construction Components, Inc. requests judgment against Centex Construction Co., Inc. in the amount of Two Hundred Sixty-One Thousand Seven Hundred Nineteen Dollars and Forty-Seven Cents ($261,719.47) plus interest, costs and attorney fees.

### COUNT III

26. PCC incorporates the allegations of Paragraphs 1 through 25 as if fully restated herein as Paragraph 26.

27. The original contract performance period for the work under PCC's scope of work as issued by Centex was to start in or about June 2003 and was to have been substantially complete in or before November 2003.

28. Through no fault or negligence of PCC, its work was delayed by Centex and/or GSA's actions, which impacted PCC's efficiency, labor productivity and delayed overall completion of its work.

29. PCC timely notified Centex of its claim for additional time and extended costs. The claim is in the approximate amount of Two Hundred Seventy-Seven Thousand Five Hundred Twenty Dollars ($277,520.00), which is subject to amendment based on the actual delay attributable to the GSA, Centex or others.

30. Centex has failed and refused to make payment on any of PCC's submitted claims.

31. All conditions to the filing of the instant action have been satisfied.

WHEREFORE, PCC Construction Components, Inc. requests judgment against Centex Construction Co., Inc. in the amount of Two Hundred Seventy-Seven Thousand Five Hundred Twenty Dollars ($277,520.00) or for such other amount as the Court may quantify the total delay

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

period and allocation of responsibility for the delay and costs associated therewith to be, plus interest, costs and attorney fees.

Respectfully submitted by,

/s/
Leonard A. Sacks, Esq., DCB 150268
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
(301) 738-2470

*Counsel for PCC Construction Components*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of PCC's foregoing Counterclaim Against Centex Construction Co., Inc. was sent by CM/ECF this 18th day of January 2007:

Michael E. Jaffe, Esq.
Todd J. Wagnon, Esq.
Thelen Reid Brown Raysman & Steiner, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001

Richard E. Hagerty, Esq.
Troutman Sanders, LLP
1660 International Drive
Suite 600
McLean, Virginia 22102

Marvin H. Campbell, Esq.
Law Offices of Marvin H. Campbell
P.O. Box 4979
Montgomery, AL 36103

Tameka M. Collier, Esq.
Troutman Sanders, LLP
401 Ninth Street, N.W.
Suite 1000
Washington, D.C. 20004-2134

Rick Claxton, Esq.
Garson Claxton, LLC
7910 Woodmont Avenue
Suite 650
Bethesda, MD 20814

/s/
Leonard A. Sacks

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705