UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, FOR THE USE OF NORMENT SECURITY GROUP, INC.<br><br>Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY AND CENTEX CONSTRUCTION CO., INC.<br><br>Defendant/Counterclaimant. | Case No. 05-CV-01715 (JMF)<br><br>Judge John M. Facciola |
| CENTEX CONSTRUCTION LLC<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>PCC CONSTRUCTION COMPONENTS, INC.<br><br>Third-Party Defendant. | |
| | Consolidated for discovery: |
| PCC CONSTRUCTION COMPONENTS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ARCH INSURANCE CO.,<br><br>Defendant. | Civil Action No. 06-CV-1085 (JMF)<br><br>Judge John M. Facciola |

**REVISED NOTICE OF DEPOSITION OF PCC
<u>CONSTRUCTION COMPONENTS, INC.</u>**

DC #257861 v1

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Centex Construction LLC, by its counsel, will take the deposition upon oral examination of PCC Construction Components, Inc. on January 29, 2007 through those witnesses it designates as to testify on its behalf (based upon information known to the company or reasonably available to it) concerning the matters on the attached Schedule A.

The deposition shall commence at 9:00 am at the offices of Thelen Reid Brown Raysman & Steiner LLP, 701 Eighth Street, N.W., Washington, D.C. 20001, before a person authorized by law to administer oaths. The deposition will be stenographically recorded and used for all proper purposes including use at trial and in motions.

**PLEASE TAKE FURTHER NOTICE**, that the deposition will continue from day to day until concluded.

**PLEASE TAKE FURTHER NOTICE**, that the deponent(s) shall bring to the deposition all documents that were reviewed by the deponent(s) in preparation for the deposition.

You are invited to attend and cross-examine.

Date: January 8, 2007

Respectfully submitted,

THELEN REID BROWN RAYSMAN & STEINER LLP

By: *[signature]*

Michael Evan Jaffe (Bar # 88443)
Todd J. Wagnon (Bar # 464287)
701 8th Street, N.W.
Washington, DC 20001
Ph: (202) 508-4000
Fax: (202) 508-4321
mjaffe@thelen.com
twagnon@thelen.com

Attorneys for Centex Construction, LLC,
successor by merger to Centex Construction Co., Inc.

DC #257861 v1

## SCHEDULE A

### Definitions

As used in this Schedule, the following words and phrases have the following meaning:

a. "Centex" shall mean Centex Construction LLC, together with any and all individuals, corporations, or associations, serving as agent, subcontractor, expert, advisor, consultant, and/or employee.

b. "PCC" shall mean PCC Construction Components, Inc. together with any and all individuals, corporations, or associations, serving as agent, subcontractor, expert, advisor, consultant, and/or employee.

c. "Norment" shall refer to Norment Security Group, Inc. together with any and all individuals, corporations, or associations, serving as agent, subcontractor, expert, advisor, consultant, and/or employee.

d. "Project" shall mean any and all activity undertaken by the parties with respect to construction work performed at the E. Barrett Prettyman Courthouse Annex in the District of Columbia.

### Subjects

This Schedule identifies the following Subjects:

1. All contracts or agreements between PCC and Norment relating to (i) the Project and (ii) projects other than the E. Barrett Prettyman Courthouse Annex on which Norment claims PCC has not paid amounts owed.

2. The status of any and all accounts, invoices, charges, payment applications and contract balances between Norment and PCC for (i) work performed on the Project and (ii) work

DC #257861 v1

performed on projects other than the E. Barrett Prettyman Courthouse Annex on which Norment claims PCC has not paid amounts owed.

3. The actions taken by PCC on the Project to coordinate the work in the PCC subcontract with the work of other trades.

4. All payment applications submitted by Norment to PCC relating to the Project.

5. All payment applications submitted by PCC to Centex relating to the Project.

6. PCC's withholding of payments or backcharges to Norment relating to the Project.

7. The status of any and all accounts, invoices, charges, payment applications and contract balances between PCC and Centex for work performed by Norment on the Project.

8. The disbursement of money, including to internal accounts and/or to third-parties, that PCC received from Centex relating to the Project.

9. The planning, design and coordination of Norment's work on the Project with work being performed on the Project by Centex or other subcontractors.

10. All communications relating to the transmittal of drawings among Centex, PCC, Norment and/or Modern Mosaic, Ltd.

11. Any claims arising out of or relating to the Project that PCC has asserted, or is currently asserting, against Norment and/or Arch Insurance Company.

12. Any claims arising out of or relating to the Project that Norment and/or Arch Insurance Company have asserted, or are currently asserting, against PCC.

13. The arbitration proceeding entitled and denominated, Norment Security Group, Inc. and PCC Construction Components, Inc., AAA Case No. 16-110-Y-02255-05.

14. The negotiation and meaning of the terms in the June 2, 2006 Agreement for Consent Award and Mutual Partial Release made by PCC and Norment.

15. All communications between PCC and Norment relating to issues raised by Centex and/or the General Services Administration regarding Norment's work on the Project.

16. All communications between PCC and Norment relating to issues raised by Norment, PCC, Centex and/or Modern Mosaic regarding Norment's work on the Project.

17. PCC's defenses to Centex's claims in this civil action.

18. The identification and authentication of all documents produced by PCC in this litigation.

DC #257861 v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January 2007, a true copy of Centex Construction LLC's Revised Notice of Deposition of PCC Construction Components, Inc. was served by first class mail and e-mail upon:

Marvin H. Campbell, Esquire
Law Offices of Marvin H. Campbell
P.O. Box 4979
Montgomery, AL 36103
mhcfirm@aol.com

Leonard A. Sacks
Leonard A. Sacks & Assocs., P.C.
One Church Street
Suite 303
Rockville, MD 20850
lsacks@laspc.net

Richard E. Hagerty
Troutman Sanders LLP
1660 International Dr., Suite 600
McLean, VA 22102
Richard.hagerty@troutmansanders.com

Rick Claxton
Garson Claxton LLC
7910 Woodmont Avenue, Suite 650
Bethesda, Maryland 20814
rclaxton@garsonlaw.com

Todd J. Wagnon