## Hagerty, Richard E.

**From:** MHCfirm@aol.com
**Sent:** Tuesday, January 09, 2007 2:43 PM
**To:** twagnon@thelen.com
**Cc:** Hagerty, Richard E.
**Subject:** Centex v. PCC

Todd:

I am in receipt of your notice to depose PCC and Leigh Press. I am not available for depositions in this case Jan.25-30. I am available Jan.31-Feb.2.

Marvin H. Campbell
407 South McDonough Street
Montgomery, AL 36104
Phone: (334) 263-7591
Fax: (334) 832-9476
E-Mail MHCfirm@aol.com

## Hagerty, Richard E.

**From:** MHCfirm@aol.com
**Sent:** Friday, January 12, 2007 11:05 AM
**To:** twagnon@thelen.com
**Cc:** lsacks@laspc.net; Hagerty, Richard E.; angela.crosby@normentind.com
**Subject:** (no subject)

Todd:

Rich may also be present for your depostion of PCC, but Norment insists that I also be present since I have taken and defended all depositions to date in these cases. I have been very accomodating with dates and the decision by Centex and PCC to delay the taking of depositions until late January is not the result of Norment's unavailability in December or January.

In response to a Dec. 22 email from Lenny, I emailed Lenny that the dates I would not be available for depositions are January 25, 29, and 30. I was therefore surprised by your depostion notices and emailed you on January 9 of my unavailablity on Jan. 25-30( and my availablity on Jan.31-Feb 2).

Norment does not object to the informal extension of time as stated in Lenny's Jan. II letter but does object to depositions on Jan. 25-30, 2007. Please reschedule the depositions of PCC and Centex for Jan 31-Feb 2. Three days should be sufficient and if three days is not sufficient Norment will not object to a further informal extension to complete the depostions.

Thank you.

Marvin H. Campbell
407 South McDonough Street
Montgomery, AL 36104
Phone: (334) 263-7591
Fax: (334) 832-9476
E-Mail MHCfirm@aol.com