## Hagerty, Richard E.

**From:** Wagnon, Todd [twagnon@thelen.com]
**Sent:** Friday, January 19, 2007 12:22 PM
**To:** MHCfirm@aol.com; Leonard Sacks; Hagerty, Richard E.; Rick Claxton
**Subject:** Centex Depositions of PCC

Gentlemen:

This e-mail is to notify you that Centex will proceed with the depositions of PCC and Leigh Press on January 29 and 30 per the notices served on January 8. We need 2 days for these depositions, and the other days that have been set aside are needed for other depositions. Lenny is available on those days, and his client is the one that is being deposed. I know that Marvin has said he cannot be available on January 29, but the deposition can still proceed on that day because Richard is available to attend on behalf of Norment. As co-counsel in the case, there is no legitimate reason why he cannot attend the deposition of PCC on behalf of Norment.

Todd J. Wagnon
Thelen Reid Brown Raysman & Steiner LLP
701 Eighth Street, NW
Washington, DC  20001-3721
direct phone:  202-508-4146
direct fax:  202-654-1850
twagnon@thelen.com

====
This message may contain confidential and /or privileged information.
This information is intended to be read only by the individual or entity
to whom it is addressed. If you are not the intended recipient, you are on
notice that any review, disclosure, copying, distribution or use of the
contents of this message is strictly prohibited. If you have received
this message in error, please notify the sender immediately and delete
or destroy any copy of this message.

Tax Advice Disclosure: to ensure compliance with requirements imposed
by the IRS, we inform you that any U.S. federal tax advice contained in
this communication (including any attachments) is not intended or written
to be used, and cannot be used, for the purpose of (i) avoiding penalties
under the Internal Revenue Code or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.

## Hagerty, Richard E.

**From:** MHCfirm@aol.com
**Sent:** Friday, January 19, 2007 12:32 PM
**To:** twagnon@thelen.com
**Cc:** Hagerty, Richard E.; angela.crosby@normentind.com; lsacks@laspc.net
**Subject:** Re: Centex Depositions of PCC

Todd:

I am surprised by your lack of cooperation and your decision to negate our agreement on Tuesday regarding deposition dates. Norment has been very cooperative in establishing deposition dates and you never conferred with me prior to noticing the PCC depositions on January 29 and 30. Are you available this afternoon for a conference call to the judge's chambers to resolve this dispute? If necessary, we will submit a motion for protective order for Judge Facciola's consideration on Monday.

Marvin H. Campbell, Esq.
P.O. Box 4679
Montgomery, AL 36104
Phone (334) 263-7591
Fax (334) 832-9476

## Hagerty, Richard E.

**From:** Wagnon, Todd [twagnon@thelen.com]
**Sent:** Friday, January 19, 2007 1:14 PM
**To:** MHCfirm@aol.com
**Cc:** Hagerty, Richard E.; angela.crosby@normentind.com; lsacks@laspc.net
**Subject:** RE: Centex Depositions of PCC

I am not available this afternoon for a conference call. I would not agree that Norment has been very cooperative in that Norment is taking an unreasonable position that depositions of PCC, who you don't even represent, can proceed only if you can attend. Norment is represented by two lawyers, and Richard is available to attend the deposition on behalf of Norment, so there's no reason the deposition cannot go forward. Centex said it was available in the month of January on any day with the exception of only 4 business days. That left 18 available days in the month to complete the depositions. It was the unavailability of PCC and/or Norment that prevented us from getting the depositions completed in January.

If you want to file a motion, then you can do so.

Todd J. Wagnon
Thelen Reid Brown Raysman & Steiner LLP
701 Eighth Street, NW
Washington, DC 20001-3721
direct phone: 202-508-4146
direct fax: 202-654-1850
twagnon@thelen.com

>	-----Original Message-----
>	**From:** MHCfirm@aol.com [mailto:MHCfirm@aol.com]
>	**Sent:** Friday, January 19, 2007 12:32 PM
>	**To:** Wagnon, Todd
>	**Cc:** richard.hagerty@troutmansanders.com; angela.crosby@normentind.com; lsacks@laspc.net
>	**Subject:** Re: Centex Depositions of PCC
>
>	Todd:
>
>	I am surprised by your lack of cooperation and your decision to negate our agreement on Tuesday regarding deposition dates. Norment has been very cooperative in establishing deposition dates and you never conferred with me prior to noticing the PCC depositions on January 29 and 30. Are you available this afternoon for a conference call to the judge's chambers to resolve this dispute? If necessary, we will submit a motion for protective order for Judge Facciola's consideration on Monday.
>
>	Marvin H. Campbell, Esq.
>	P.O. Box 4679
>	Montgomery, AL 36104
>	Phone (334) 263-7591
>	Fax (334) 832-9476

```
====
This message may contain confidential and /or privileged information.
This information is intended to be read only by the individual or entity
to whom it is addressed. If you are not the intended recipient, you are on
notice that any review, disclosure, copying, distribution or use of the
contents of this message is strictly prohibited. If you have received
this message in error, please notify the sender immediately and delete
or destroy any copy of this message.
```

Tax Advice Disclosure: to ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.