**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES, FOR THE USE OF NORMENT SECURITY GROUP, INC. )<br><br>  Plaintiff/Counterdefendant, )<br><br>v. )<br><br>TRAVELERS CASUALTY AND SURETY COMPANY, et al. )<br><br>  Defendants/Counterplaintiffs. )<br><br>CENTEX CONSTRUCTION LLC )<br><br>  Third-Party Plaintiff, )<br><br>v. )<br><br>PCC CONSTRUCTION COMPONENTS, INC. )<br><br>  Third-Party Defendant. )<br><br>PCC CONSTRUCTION COMPONENTS, INC. )<br><br>  Plaintiff, )<br><br>v. )<br><br>ARCH INSURANCE COMPANY )<br><br>  Defendant. ) | Case No. 1:05-cv-01715-JMF<br><br><br><br><br><br><br><br><br><br>Consolidated for discovery:<br><br><br><br><br><br>Case No. 1:06-cv-01085-JMF |

**PROTECTIVE ORDER**

This matter is before the Court on the Motion for Protective Order filed by Norment Security Group, Inc.  The Court having read and considered the Motion, and the arguments of counsel thereon; it is, by the United States District Court for the District of Columbia,

**ORDERED**, that Norment Security Group, Inc.'s Motion for Protective Order is hereby GRANTED; and it is further

**ORDERED**, that the January 29, 2007 deposition of PCC Construction Components, Inc. scheduled by Centex Construction LLC shall be rescheduled to a date on which Marvin H. Campbell, counsel for Norment, is available and able to appear.

_____                              _____
Date                                                John M. Faciola
                                                    United States Magistrate Judge

Copies to:

Richard E. Hagerty
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
richard.hagerty@troutmansanders.com

Tameka M. Collier
Troutman Sanders LLP
401 9th Street, N. W., Suite 1000
Washington, DC 20004-2134
tameka.coller@troutmansanders.com

Marvin H. Campbell
Law Offices Marvin H. Campbell
P.O. Box 4979
Montgomery, AL 36103
mhcfirm@aol.com

Charles Rick Claxton
Garson & Claxton LLC
7910 Woodmont Avenue, Suite 650
Bethesda, Maryland 20814
rclaxton@garsonlaw.com

Todd J. Wagnon
Thelen Reid Brown Raysman & Steiner LLP
701 Eighth Street, NW
Washington, DC 20004
twagnon@thelen.com

Leonard A. Sacks
Leonard A. Sacks & Assocs., P.C.
One Church Street, Suite 303
Rockville, MD 20850
lsacks@laspc.net