## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, FOR THE USE OF ) <br> NORMENT SECURITY GROUP, INC. ) <br> ) <br> Plaintiff/Counterdefendant, ) <br> ) <br> v. ) <br> ) <br> TRAVELERS CASUALTY AND ) <br> SURETY COMPANY, et al. ) <br> ) <br> Defendants/Counterplaintiffs. ) | Case No. 1:05-cv-01715-JMF |
| CENTEX CONSTRUCTION LLC ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PCC CONSTRUCTION COMPONENTS, ) <br> INC. ) <br> ) <br> Third-Party Defendant. ) | Consolidated for discovery: |
| PCC CONSTRUCTION COMPONENTS, ) <br> INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARCH INSURANCE COMPANY ) <br> ) <br> Defendant. ) | Case No. 1:06-cv-01085-JMF |

**NORMENT SECURITY GROUP, INC.'S MOTION TO SHORTEN TIME**

Norment Security Group, Inc., Plaintiff/Counterdefendant in Case No. 05-CV-01715 ("Norment"), by counsel, and pursuant to Fed. R. Civ. Pro. 6 and LCvR 7, moves this honorable Court for the entry of an order shortening the time for responses to Norment's Motion for Protective Order filed simultaneously herewith, and in support of this motion states as follows:

1. Pursuant to Order entered October 26, 2006 the Court consolidated these cases for purposes of discovery. At the same time the discovery deadline for both cases was reset for January 16, 2007.

2. Pursuant to the Court's orders the parties have been endeavoring to complete discovery, including depositions, by the January 16, 2007 deadline. As part of this all parties have noticed depositions of some or all of the other parties and of non-parties believed to have information relevant to the claims and defenses asserted in these cases. Among other depositions, Centex has noticed the deposition of PCC for January 29, 2007 at 9:00 a.m.

3. Because of a scheduling conflict Marvin H. Campbell, lead counsel for Norment, is unable to attend the January 29, 2007 deposition of PCC. Because counsel for Centex has refused to agree to reschedule this deposition to a date when Mr. Campbell can attend, Norment has filed a Motion for Protective Order seeking to compel the rescheduling.

4. This matter is scheduled for a status conference on January 22, 2007 at 10:00 a.m.

5. Counsel for Norment has requested that counsel for Centex agree to shorten the time for responding to Norment's Motion for Protective Order so that it can be considered at the January 22nd status conference, but counsel for Centex has refused this request. Copies of e-mails between counsel evidencing this request and refusal are appended hereto as Exhibit A.

6. The Court should grant this motion and shorten the time for Centex's response to the Motion for Protective Order so that the Motion can be addressed at the status conference on January 22nd. Shortening the time as requested will not prejudice Centex, which is well aware of

the reasons for Norment's requesting a protective order and does not realistically require any lengthy time to respond to same. Shortening the time will, in addition, make the best use of the Court's schedule, since this matter is already set for a status conference at which the parties intend, among other things, to request that the Court extend the discovery deadline to March 16, 2007.

7. Pursuant to LCvR 7(a) Norment incorporates its statement of points and authorities into the body of this motion.

WHEREFORE, for the foregoing reasons and others that may be advanced at a hearing on this matter, Norment Security Group, Inc. respectfully requests that this honorable Court enter its order shortening until 10:00 a.m. on Monday, January 22, 2007 the time within which Centex Construction LLC may respond to Norment's Motion for Protective Order; and for such other and further relief as may be proper.

Respectfully submitted,

_____/s/ Richard E. Hagerty_____
Richard E. Hagerty, #411858
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
(703) 734-4334
(703) 734-4340 (fax)
richard.hagerty@troutmansanders.com

Tameka M. Collier, #488979
Troutman Sanders LLP
401 9th Street, N. W., Suite 1000
Washington, DC 20004-2134
(202) 274-2950
(202) 274-2994 (fax)
tameka.coller@troutmansanders.com

Marvin H. Campbell, *pro hac vice*
Law Offices Marvin H. Campbell
P.O. Box 4979
Montgomery, AL 36103
(334) 263-7591
(334) 832-9476 (fax)
mhcfirm@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of January, 2007, a true and accurate copy of the foregoing Motion to Shorten Time and proposed Order was served electronically pursuant to LCvR 5.4(d), to the following:

Marvin H. Campbell
407 South McDonough Street
Montgomery, Alabama 36104
mhcfirm@aol.com
*Counsel for Norment Security Group, Inc.*

Charles Rick Claxton
Garson & Claxton LLC
7910 Woodmont Avenue
Suite 650
Bethesda, Maryland 20814
rclaxton@garsonlaw.com
*Counsel for Travelers Casualty and Surety Company*

Todd J. Wagnon
Thelen Reid Brown Raysman & Steiner LLP
701 Eighth Street, NW
Washington, DC 20004
twagnon@thelen.com
*Counsel for Travelers Casualty and Surety Company and Centex Construction Co.*

Leonard A. Sacks
Leonard A. Sacks & Assocs., P.C.
One Church Street, Suite 303
Rockville, MD 20850
lsacks@laspc.net
*Counsel for PCC Construction Components, Inc.*

    /s/ Richard E. Hagerty
Richard E. Hagerty