**Hagerty, Richard E.**

| | |
|---|---|
| From: | Wagnon, Todd [twagnon@thelen.com] |
| Sent: | Saturday, January 20, 2007 3:12 PM |
| To: | Hagerty, Richard E. |
| Subject: | Re: Centex Depositions of PCC |

No, we won't consent to a shortened response time.


----- Original Message -----
From: Hagerty, Richard E. <richard.hagerty@troutmansanders.com>
To: Wagnon, Todd; MHCfirm@aol.com <MHCfirm@aol.com>
Cc: angela.crosby@normentind.com <angela.crosby@normentind.com>; lsacks@laspc.net <lsacks@laspc.net>
Sent: Fri Jan 19 17:43:07 2007
Subject: RE: Centex Depositions of PCC

Todd, given your unavailability for a conference call and our status conference on Monday morning, will you consent to shorten the time for your response to a motion for protective order so it may be heard on Monday? I intend to draft and file such a motion Sunday.



Richard E. Hagerty
Troutman Sanders LLP
703-734-4326
703-448-6520 (fax)
mailto:richard.hagerty@troutmansanders.com
   <http://www.troutmansanders.com/> www.troutmansanders.com

-----Original Message-----
From: Wagnon, Todd [mailto:twagnon@thelen.com]
Sent: Friday, January 19, 2007 1:14 PM
To: MHCfirm@aol.com
Cc: Hagerty, Richard E.; angela.crosby@normentind.com; lsacks@laspc.net
Subject: RE: Centex Depositions of PCC


I am not available this afternoon for a conference call. I would not agree that Norment has been very cooperative in that Norment is taking an unreasonable position that depositions of PCC, who you don't even represent, can proceed only if you can attend. Norment is represented by two lawyers, and Richard is available to attend the deposition on behalf of Norment, so there's no reason the deposition cannot go forward. Centex said it was available in the month of January on any day with the exception of only 4 business days. That left 18 available days in the month to complete the depositions. It was the unavailability of PCC and/or Norment that prevented us from getting the depositions completed in January.

If you want to file a motion, then you can do so.

Todd J. Wagnon
Thelen Reid Brown Raysman & Steiner LLP
701 Eighth Street, NW

1

Washington, DC 20001-3721
direct phone: 202-508-4146
direct fax: 202-654-1850
twagnon@thelen.com

-----Original Message-----
From: MHCfirm@aol.com [mailto:MHCfirm@aol.com]
Sent: Friday, January 19, 2007 12:32 PM
To: Wagnon, Todd
Cc: richard.hagerty@troutmansanders.com; angela.crosby@normentind.com; lsacks@laspc.net
Subject: Re: Centex Depositions of PCC

Todd:

   I am surprised by your lack of cooperation and your decision to negate our agreement on Tuesday regarding deposition dates. Norment has been very cooperative in establishing deposition dates and you never conferred with me prior to noticing the PCC depositions on January 29 and 30. Are you available this afternoon for a conference call to the judge's chambers to resolve this dispute? If necessary, we will submit a motion for protective order for Judge Facciola's consideration on Monday.

Marvin H. Campbell, Esq.
P.O. Box 4679
Montgomery, AL 36104
Phone (334) 263-7591
Fax (334) 832-9476


====

This message may contain confidential and /or privileged information.

This information is intended to be read only by the individual or entity

to whom it is addressed. If you are not the intended recipient, you are on

notice that any review, disclosure, copying, distribution or use of the

contents of this message is strictly prohibited. If you have received

this message in error, please notify the sender immediately and delete

or destroy any copy of this message.


Tax Advice Disclosure: to ensure compliance with requirements imposed

by the IRS, we inform you that any U.S. federal tax advice contained in

this communication (including any attachments) is not intended or written

to be used, and cannot be used, for the purpose of (i) avoiding penalties

under the Internal Revenue Code or (ii) promoting, marketing or recommending

to another party any transaction or matter addressed herein.

-----

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.

====
This message may contain confidential and /or privileged information.
This information is intended to be read only by the individual or entity
to whom it is addressed. If you are not the intended recipient, you are on
notice that any review, disclosure, copying, distribution or use of the
contents of this message is strictly prohibited. If you have received
this message in error, please notify the sender immediately and delete
or destroy any copy of this message.

Tax Advice Disclosure: to ensure compliance with requirements imposed
by the IRS, we inform you that any U.S. federal tax advice contained in
this communication (including any attachments) is not intended or written
to be used, and cannot be used, for the purpose of (i) avoiding penalties
under the Internal Revenue Code or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.