**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES, FOR THE USE OF NORMENT SECURITY GROUP, INC. | ) ) ) | |
| Plaintiff/Counterdefendant, | ) ) ) | |
| v. | ) ) | Case No. 1:05-cv-01715-JMF |
| TRAVELERS CASUALTY AND SURETY COMPANY, et al. | ) ) ) ) | |
| Defendants/Counterplaintiffs. | ) ) | |
| CENTEX CONSTRUCTION LLC | ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| PCC CONSTRUCTION COMPONENTS, INC. | ) ) ) | |
| Third-Party Defendant. | ) ) ) ) | |
| | | Consolidated for discovery: |
| PCC CONSTRUCTION COMPONENTS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:06-cv-01085-JMF |
| ARCH INSURANCE COMPANY | ) ) ) | |
| Defendant. | ) ) | |

**ORDER SHORTENING TIME**

This matter is before the Court on the Motion to Shorten Time filed by Norment Security Group, Inc.  The Court having read and considered the Motion, and the arguments of counsel thereon; it is, by the United States District Court for the District of Columbia,

**ORDERED**, that Norment Security Group, Inc.'s Motion to Shorten Time is hereby GRANTED; and it is further

**ORDERED**, that Centex Construction LLC shall respond to Norment's Motion for Protective Order by 10:00 a.m. on Monday, January 22, 2007, and that argument on Norment's Motion for Protective Order shall be heard by the Court at the status conference now set for January 22, 2007 at 10:00 a.m.


_____
Date

_____
John M. Faciola
United States Magistrate Judge


Copies to:

Richard E. Hagerty
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
richard.hagerty@troutmansanders.com

Tameka M. Collier
Troutman Sanders LLP
401 9th Street, N. W., Suite 1000
Washington, DC 20004-2134
tameka.coller@troutmansanders.com

Marvin H. Campbell
Law Offices Marvin H. Campbell
P.O. Box 4979
Montgomery, AL 36103
mhcfirm@aol.com

2

Charles Rick Claxton
Garson & Claxton LLC
7910 Woodmont Avenue, Suite 650
Bethesda, Maryland 20814
rclaxton@garsonlaw.com
Todd J. Wagnon
Thelen Reid Brown Raysman & Steiner LLP
701 Eighth Street, NW
Washington, DC 20004
twagnon@thelen.com

Leonard A. Sacks
Leonard A. Sacks & Assocs., P.C.
One Church Street, Suite 303
Rockville, MD 20850
lsacks@laspc.net