# EXHIBIT 1



## ARCHITECTURAL WALL SYSTEMS

Bryan Frady                                           25 April 2005
Centex Construction
3924 Pender Drive
Fairfax, Virginia 22030
202-289-0178  F 202-289-6290

RE:   E Barrett Prettyman Courthouse
      CENTEX LETTER DATED 04 April 2005
      Time Extension Pricing
      PO 301 88 Day Time Extension CE-157 CE-195
      Request for Equitable Adjustment
                                    47 DAY
Dear Bryan,                         383 EXTENSION

Pursuant the 18 June 2004 correspondence granting the (88) work day contract time extension and the subsequent additional time extension PCC are submitting the following request for extended costs.

Relevant to the (88) extended work days PCC's direct impact is (61) work days beginning in September 2003 ending December 2003 additional extended time begins April 18 2005 ending upon our substantial completion of original annex contractual obligations on or about May 31 2005. This extended time increases PCC's Overhead /General Conditions and our Supervisory staff by (31) work days, further it includes additional costs for handling, shipping and storage of materials for the Existing building now not scheduled to begin until August 2005.

As established in supporting documentation provided to Centex for CO 131, and in compliance with the Federal Acquisition Regulations (FAR), Part 31 PCC's Overhead/ General Conditions cost was and is $ 1,778.00 per day. Additionally, our Project management team and (1) superintendent scheduled to begin work at the Prettyman Courthouse in June 2003 adjusted to 15 July 2003, rescheduled by CO 131 to begin in September 2003, then rescheduled a third time to start in December 2003 and now extended for an additional (31) work days are quantified in the following manner.

| Role | % of total | Days | Result | Hours |
|---|---|---|---|---|
| Senior Project Management | at 40% of the total | 61 | days = 24.4 | days or 195.2 hours. |
| Senior Project Management | at 70% of the total | 31 | days = 22 | days or 176 hours. |
| Project Manager | at 50% of the total | 61 | days = 30.5 | days or 244 hours. |
| Project Manager | at 0% of the total | 31 | | 0 hours |
| Superintendent | at 100% of the total | 51 | days = 51 | days or 408 hours. |
| Superintendent | at 90% of the total | 31 | days = 28 | days or 224 hours. |

The project management time will be billed at 100% of their hourly cost. The superintendent hourly cost will be adjusted to reflect the delta between his paid rate as a superintendent and his adjusted role as mechanic on other projects for the duration of time between September 2003 and the beginning of December 2003, while awaiting the new start date of this project.



Additional storage costs for the metal panel support steel and Skylight materials are quantified below (When applicable Vendor invoices are attached). Labor and equipment costs for offsite handling of MP2 materials including secondary transport back to the project are quantified through daily reports, and as anticipated for work not completed as of the date of this document. These costs are totaled in (2 sets) of (2) page excel spreadsheets attached. Finally in concurrence with the terms of our contract with Centex PCC must maintain an insurance umbrella policy of $10,000,000.00 dollars while working on the Prettyman Courthouse project. Upon demobilization PCC's business plan included the reduction of this policy to $5,000,000.00 in coverage. The extended duration of the project required PCC to renew the policy at $10,000,000.00. The additional cost associated with the $10,000,000.00 renewal is $10,300.00 See the attached (1) page correspondence from our Insurance Company (HMS Insurance Associates, Inc.) dated 03 May 2005.

Our breakout costs associated with the increased project duration are as follows.

| | | | |
|---|---|---|---|
| 1. | Sr. Project Manager | $ 9,773.66 | |
| 1a | Sr. Project Manager | $ 8,800.00 | |
| 2. | Project Manager | $ 9,498.92 | |
| 3. | Superintendent | $ 9,204.00 | (see attached payroll hours) |
| 3a | Superintendent | $ 5,152.00 | |
| 4. | Storage Skylight materials | $ 11,000.00 | (88 days x 125.00 per day) |
| 5. | Storage Support Steel | $ 3,811.00 | |
| 6. | Handling MP2 panels | $ 13,083.00 | |
| 7. | Overhead/ General Conditions | $ 108,458.00 | (61 days x 1,778.00) |
| 7a | Overhead/ General Conditions | $ 55,118.00 | (31 days x 1,778.00) |
| 8. | Handling&storage of mat. | $ 8,092.00 | (see 2 page excel back up) |
| 9. | Umbrella Insurance | $ 10,300.00 | |
| | Subtotal | $ 252,290.58 | |
| 9. | Profit 10% | $ 25,229.00 | |

Total request for equitable adjustment is $ 277,520.00 (Two Hundred Seventy Seven Thousand, Five Hundred and Twenty Dollars).

Thank you for your continued support.

Best regards,
PCC Construction Components, Inc.

Donald Deister
Sr. Project Manager

CC: Vito John Germinario
CentexPO30188DAYPARTTWO4-25-05

C-24723