# EXHIBIT 2

# CENTEX CONSTRUCTION COMPANY, INC.

3924 Pender Drive    Fairfax, VA 22030-2239    703/273-3311
703/834-5620 (Fax)

## SUBCONTRACT

THIS AGREEMENT is entered into on **April 10, 2002** by and between Centex Construction Company, Inc. ("Contractor"), with its principal place of business at 3924 Pender Drive, Fairfax, Virginia 22030 and **P.C.C. Construction Components, Inc.** ("Subcontractor"), with its principal place of business at 7950 Cessna Avenue, Gaithersburg, MD 20879; Phone: 301-417-1020; Fax: 301-417-0974.

### RECITALS

On **March 15, 2002**, Contractor entered into a prime contract with **General Service Administration**, ("Owner"), whose address is **7th and D Streets, SW, Room 2002 , Washington, DC  20407** to perform the following work:

**E. Barrett Prettyman Courthouse Annex and Renovation
3rd Street and Constitution, NW**

### SCOPE

Subcontractor agrees to furnish all labor, services, materials, installation, hoisting, supplies, insurance, equipment, scaffolding, tools and other facilities of every kind and description required for the prompt and efficient execution of

**Glass & Glazing**

work as further described herein in strict accordance with the Contract Documents.

### CONTRACT PRICE

Contractor agrees to pay Subcontractor for the strict performance of its work the sum of:

**$8,440,000 (Eight Million Four Hundred Forty Thousand Dollars)**

subject to additions and deductions for changes in the work as may be agreed upon.

### SUBCONTRACT DOCUMENTS

The "Subcontract Documents" include the Standard Form Subcontract, including Subcontract General Conditions; Amendment No. 1; Subcontract Detailed Scope of Work (Attachment 1), Subcontract Special Provisions (Attachment 2); Attachment 2A - Schedule of Work; and all other applicable Exhibits (Exhibit A - Contract Documents; Exhibit B - Payment Estimate Form; Exhibit C - Release; Exhibit D - Stored Material Checklist; Exhibit E - Payment and Performance Bond - N/A; Exhibit F - Sample Insurance Certificate; Exhibit G - Builder's Risk Deductibles and Limits of Liability; Exhibit H - EEO/Sexual Harassment Policy; and Exhibit I - Contractor Safety Program).

This Agreement constitutes the entire agreement between the parties hereto and supersedes all prior negotiations, representations and agreements, either written or oral with respect to the subject matter hereof.  No other agreements, either oral or written, have been made by Contractor, except as stated in this Agreement.  This Agreement is being sent to Subcontractor for acceptance and signature but shall not be construed as constituting or creating a contract with Subcontractor until this Agreement is signed by Contractor.  Subcontractor shall sign this Agreement in the exact form submitted and return to Contractor within ten days.  If the above conditions are not met by Subcontractor, then this Agreement and Contractor's offer to contract hereunder may be canceled, unless Contractor, in writing, shall modify the conditions and/or extend the time set forth herein.

**SUBCONTRACTOR shall not make any change to this Agreement without the prior written consent of Contractor's duly authorized officer or agent.  Any change otherwise made shall be null and void.**

| | |
|---|---|
| P.C.C. Construction Components, Inc. | Centex Construction Company, Inc. |
| Subcontractor | Contractor |
| By: | By: |
| Name: Vito John Germinario | Name: Paul Nassetta |
| Title: (Owner or Officer) President | Title: Vice President of Operations |
| Subcontractor Federal ID No. 52-1777364 | |
| Sub's Unemployment Insurance No. 3799345ABC / WN8649141 | Contractor 's State Lic. No. 2705 034866A |

Unemployment Insurance No. for State of **MD**
  **0093729250**

CM/lp

304-PRETYMAN-088000-S

**CENTEX CONSTRUCTION
COMPANY, INC.**

# Subcontract General Conditions

## Table of Contents

General Scope............................................................................... 1

Subcontractor's Duties and Obligations.......................................... 1

    Supervision and Cooperation...................................................... 1

    Protection of Materials and Work................................................ 1

    Temporary Facilities and Use of Site.......................................... 1

    Intention of Quality Product/Workmanship.................................. 3

    Investigations and Representations............................................ 3

    As-Built Drawings....................................................................... 4

    Owner Approval.......................................................................... 4

    Warranty of License.................................................................... 5

    Independent Contractor.............................................................. 5

    Inspection and Testing............................................................... 5

    Submittals.................................................................................. 5

    Deviations and Acceptance........................................................ 6

    Furnishing Copies of Purchase Orders and Sub-subcontracts for Major Scope Items. 6

    Daily Reports............................................................................. 6

Schedule and Time of Performance................................................. 6

    Time is of the Essence............................................................... 6

    Project Schedule........................................................................ 7

    Contractor's Right to Modify Project Schedule and Sequence....... 7

    Contractor's Right to Accelerate/Overtime................................. 7

    Time Extensions......................................................................... 7

Payments to Subcontractor............................................................ 8

    Payment Terms.......................................................................... 8

    Conditions Precedent to Partial Payment.................................... 9

    Retention................................................................................... 9

    Grounds for Withholding Payment/Notification............................ 9

    Joint Payment............................................................................ 10

    Conditions Precedent to Final Payment...................................... 10

Payment and Performance Guarantees............................................ 10

    100% Payment & Performance Bonds......................................... 10

Insurance....................................................................................... 11

    Builder's Risk............................................................................. 12

Indemnification.............................................................................. 12

Warranties and Guarantees............................................................ 14

Compliance with all Laws and Regulations...................................... 14

    EEO/Sexual Harassment............................................................ 14

Federal Project Requirements................................................................ 14

Access to Books and Records.............................................................. 15

**Safety and Substance Abuse**............................................................... **15**

Receipt and Agreement to Abide by Contractor's Safety Plan................. 15

Hazardous Waste ............................................................................... 15

Responsible and Competent Person...................................................... 15

**Changes and Extra Work**..................................................................... **15**

Changes............................................................................................. 15

Payment............................................................................................. 16

Time and Material............................................................................... 17

**Contract Interpretation and Disputes**................................................. **17**

Notices............................................................................................... 17

Subcontractor/Contractor Disputes...................................................... 17

**Default and Terminations**.................................................................... **18**

Termination for Cause......................................................................... 18

Termination for Convenience................................................................ 19

Conversion of Cause to Convenience.................................................... 19

Other Remedies for Default Other Than Termination.............................. 19

Remedies Cumulative Clause............................................................... 20

Termination/Suspension by Owner........................................................ 20

**Miscellaneous**..................................................................................... **20**

Legal Fees......................................................................................... 20

Notices............................................................................................... 20

Severability and Savings...................................................................... 20

Strike Provisions................................................................................. 20

Non-Waiver......................................................................................... 20

Right of Assignment............................................................................ 20

Claims and Liens and Stop Notice........................................................ 21

Information Required by Owner............................................................. 21

Privity................................................................................................. 21

## CENTEX CONSTRUCTION COMPANY, INC.

### STANDARD FORM GENERAL CONDITIONS

**1.    General Scope**

Subcontractor shall furnish for the contract price set forth hereinafter all plant, labor and material and perform all Work as hereinafter described, in a first-class manner, in accordance with the Contract Documents. The Contract Documents include the Prime Contract between Owner and Contractor and the documents listed on Exhibit "A," all of which are made a part of this Subcontract and are incorporated herein by reference, save and except for the provisions dealing with the terms of payment which are specifically described in Article 4 of this Agreement. All of the Contract Documents are available for Subcontractor's review in Contractor's office. With reference to this Subcontract and so far as applicable, the term "Contractor" in the Contract Documents shall mean this Subcontract. Subcontractor assumes toward Contractor all of the obligations and responsibilities that Contractor, by such Prime Contract, assumes toward Owner; and so far as applicable, Subcontractor shall have all of the obligations that Contractor has under such Prime Contract with Owner except as may be herein set forth. Subcontractor agrees to perform all Work shown on the drawings, and not mentioned in the specification sections, which is of such a nature that it is reasonable to assume that it is a part of this Subcontract Work.

**2.    Subcontractor's Duties and Obligations**

    A.    <u>Supervision and Cooperation</u>

The Subcontractor shall employ a competent project staff, including a superintendent who, at the least, shall be in attendance full-time at the Project site during the progress of the Work. The superintendent shall be satisfactory to Contractor and shall not be changed except with the consent of Contractor, unless the superintendent proves to be unsatisfactory to Subcontractor or ceases to be in its employ. The superintendent shall represent Subcontractor and shall have full authority to make decisions and commitments regarding Subcontractor's Work; and all communications given to the superintendent shall be as binding as if given to Subcontractor. Subcontractor represents that its superintendent is an expert in the Work, is a competent person as defined by OSHA, and is knowledgeable of all local safety regulations and local codes. The Subcontractor shall be represented at all job meetings by the superintendent and such other persons as Contractor may from time to time wish to have present at job meetings. Any notices required under the Subcontract may be served on the superintendent. The Subcontractor shall immediately remove from the Project any employee, including the superintendent, who is not satisfactory to Contractor's Project Manager, Owner or Owner's authorized representative at no cost to Contractor and with no extension of time.

    B.    <u>Protection of Materials and Work</u>

When any material is furnished to the Subcontractor by Contractor or others it shall be used without waste and Subcontractor shall pay for any material ruined, lost, stolen, or damaged. Unless otherwise stated, when material is furnished by Contractor or others, it shall be delivered at Contractor's option FOB to Subcontractor's designated location or to a central point at the Project site, either of which shall constitute delivery. Subcontractor shall promptly check items delivered and report in writing all damages and shortages to Contractor no later than the close of business on the day of the delivery. Failure to so report any damages or shortages to Contractor shall constitute a complete waiver by Subcontractor of its right to contest the quantities or the quality of any materials delivered or purported to have been delivered to the site. Quantities of materials used shall be reported weekly to Contractor.

Subcontractor shall be responsible for and shall protect its Work in place from the elements and other causes of damage until completion and final acceptance and shall adequately store and protect its own materials and materials furnished it by Contractor and/or others. Subcontractor shall provide whatever protection is necessary for the performance of its Work. The cost of such protection shall be borne by Subcontractor. Contractor shall not be responsible for damage to Subcontractor's Work caused by other subcontractors, but shall make a reasonable effort to secure payment for such damage from the responsible subcontractor if identified by Subcontractor. Subcontractor shall not cause damage or injury to the work of other subcontractors; and if such damage or injury should occur, Subcontractor shall pay all costs of repairing or replacing such damaged or injured work.

    C.    <u>Temporary Facilities and Use of Site</u>

        (1)    **Clean-Up.** The Subcontractor shall at all times keep the building broom-clean as to its Subcontract Work; keep the premises free from rubbish, debris, and waste and/or surplus materials resulting from its operations, and shall turn over the premises in such condition as to permit the next succeeding Work to be commenced without further

cleaning. At the completion of the Project, Subcontractor's Work is to be clean and in a condition acceptable to Owner.

In the event of accumulation of trash, waste materials, dirt, etc., caused by this Subcontractor and other Subcontractors, then Subcontractor will contribute to a composite clean-up crew or pay a fair share of costs associated therewith. If a dispute arises between the separate subcontractors as to responsibility for the clean-up function, Contractor may, after 24 hours' notice, perform the clean-up and allocate the costs between those it deems to be responsible. The foregoing may be invoked by Contractor without notice to Subcontractor when deemed by Contractor to be necessary to maintain the jobsite in a safe condition or to maintain the progress of the Work.

(2)    **Layout.** Contractor shall establish principal access lines and levels from which Subcontractor shall lay out and be strictly responsible for the accuracy of its Work. Subcontractor shall be responsible for any loss or damage to other subcontractors engaged in Work on the site caused by failure of the Subcontractor to correctly lay out or perform its Work.

(3)    **Temporary Facilities.** Subcontractor shall be responsible for the installation and monthly charges for temporary electrical, gas, telephone and security systems required for Subcontractor's on-site offices, storage yards, tool protection, equipment and materials, electric welding machines and fabrication plants.

(4)    **Sleeve, Penetrations, Cutting & Patching.** Subcontractor shall furnish to Contractor all required information relative to rough-in, sleeve locations and/or other information required for proper coordination of the Work described in this Agreement with other Work required for the job, which information shall be provided timely so as not to delay the Work. Subcontractor shall be responsible for the layout and installation of all sleeves and blockouts required for its own Work. All sleeve locations must be approved by the Architect.

Subcontractor shall seal all sleeves and penetrations in walls and slabs caused by its Work, employing sealants and methods approved by the Architect and local Fire Marshal or other official or authority having jurisdiction. Subcontractor shall do all cutting, fitting and patching of his Work that may be required to make its several parts fit together properly and/or fit or provide for the Work of other subcontractors shown in or reasonably implied by the Subcontract Documents.

(5)    **Water, Cups, etc.** Subcontractor shall supply, as needed, its own ice, drinking water, cups, dispenser, etc., for all of its employees during the course of the construction contract. Contractor will provide a source of construction water at the jobsite.

(6)    **Parking.** Subcontractor shall control the storage of its materials and the movement and parking of its vehicles and vehicles of its employees, sub-subcontractors and suppliers so as not to unreasonably interfere with the Work of others. Contractor does not guarantee that the storage of materials and the movement and parking of vehicles by others will not cause some interference to Subcontractor's Work. Unless otherwise provided herein, Subcontractor shall be responsible for providing parking and/or transportation for its employees.

(7)    **Hoisting.** Unless specifically addressed elsewhere in this Agreement, Subcontractor shall furnish all hoisting required to perform its Work and shall coordinate same with Contractor. Subcontractor shall be responsible for all unloading of materials and equipment and loading onto hoists and/or cranes, and Subcontractor shall be responsible for handling and unloading of materials and equipment from hoists and/or cranes. Subcontractor shall exercise due and proper care when loading, handling, and unloading materials and/or equipment and shall meet or exceed all safety requirements, including those of OSHA.

(8)    **Use of Site Facilities/Storage/Construction Office and Traffic Control.** Contractor will coordinate location for Subcontractor's office trailers, storage trailers, laydown areas and vehicle parking on the site as available. Should such office, storage and/or parking areas be provided, Subcontractor fully understands the progress of the Work may require these areas to be relocated, at Subcontractor's expense, so as not to interfere with the Work. Subcontractor shall provide and maintain at all times all traffic control for its and its agents' operations. This includes flagmen, barricades, street use or closure permits and any other permits as may be required by any agency having jurisdiction.

(9)    **Temporary Utilities.** Contractor will furnish a source of 110v power for use by Subcontractor for lighting and small tools. Subcontractor shall be responsible for providing distribution from this source. Power for high voltage or high amperage type equipment such as welding machines shall be provided and paid for by Subcontractor. Subcontractor shall provide task lighting required for its Work.

D.    Intention of Quality Product/Workmanship

(1)    **Quality Control Program.** The Subcontractor shall maintain an adequate Quality Control Program, perform such quality control measures as will ensure that its portion of the Work performed under this Subcontract conforms to contract requirements and maintain and make available adequate records of such quality control activities, should same be required. The Subcontractor's quality control personnel shall be experienced and qualified in the specialty of Work they are performing. The Subcontractor's job supervisory staff may be used for quality control, supplemented as necessary by additional personnel for surveillance, special technicians or testing facilities to provide capability for the controls required by the technical provisions of the specifications. The member of Subcontractor's job supervisory staff designated to be responsible for quality control must be employed full time at the Project site whenever Subcontract Work is in progress. The Subcontractor shall cooperate with Contractor's quality control organization in performing any required inspections and tests.

(2)    **Punch List.** A punch list constitutes Work that was omitted, damaged, or was not done correctly. Subcontractor agrees to prepare a list of incomplete or deficient Work and complete or correct these items in a timely and expedient manner as directed by Contractor so that the Project will not be delayed. Subcontractor also agrees that punch lists prepared by Contractor, Owner or Owner's representative will be addressed in a similar manner. Work not completed or corrected on a timely basis will delay the Project, impact all participants and will be considered a failure to prosecute the Work.  This Subcontractor agrees to appoint one individual from its Project staff to coordinate and supervise all punch list operations.

(3)    **Acceptance of Preceding Work.** Should the proper and accurate performance of the Work included in this Agreement depend upon the proper and accurate performance of other Work not included in this Agreement, Subcontractor shall use all reasonable means to discover any defects in such other Work and shall report the said defects, in writing, to Contractor before proceeding with the Work, in which case Contractor shall be afforded a reasonable time to remedy such defects. Failure of Subcontractor to detect and report to Contractor, in writing, any errors, defects or deficiencies in related or contiguous Work detected or which could have been detected through the exercise of reasonable care prior to proceeding with Subcontractor's Work shall relieve Contractor and its other subcontractors of responsibility for any costs, damages and/or expenses incurred by Subcontractor as a result of such errors, defects and/or discrepancies.

E.    Investigations and Representations

(1)    **Coordination of Work.** Subcontractor shall be responsible for coordinating Work included in this Agreement with all other trades. To aid in such coordination, shop drawings submitted by other subcontractors will be made available to Subcontractor, upon request by Subcontractor to Contractor. Subcontractor shall review promptly and return such shop drawings to Contractor with Subcontractor's comments and suggestions.

Within thirty (30) days after award of the Subcontract, Subcontractor shall notify Contractor in writing of any openings required for the delivery of equipment or materials and/or any area in which the installation of permanent walls may be affected by such deliveries. If Subcontractor fails to give such notice, or if materials or equipment to be supplied or used hereunder arrive after agreed-upon dates, Subcontractor will pay all costs of making any openings necessary, maintaining the openings beyond the anticipated dates, extra costs of closing the openings and all other costs which may be reasonably attributable to Subcontractor's failure to give or comply with such notice. Should Contractor decide that it is not feasible to comply with Subcontractor's request concerning areas to be left open, Subcontractor shall provide for delivery of affected material and equipment in sections for field assembly, with any additional cost resulting from this procedure to be paid by Subcontractor.

(2)    **Examination of Contract Documents and Existing Conditions.**

(a)    The Subcontractor shall carefully examine the Contract Documents, including plans and specifications, affecting its Work and shall be thoroughly familiar with all provisions and requirements therein and shall promptly notify Contractor, in writing, of any deficiencies, discrepancies or errors before proceeding.

(b)    The Subcontractor represents that it is fully qualified to perform the Work required by this Subcontract and acknowledges that prior to the execution of this Subcontract it has by its own independent investigation:

(i)    ascertained the conditions involved in performing its Work, including but not restricted to: the location of the Work; accessibility and character of the site; quality and quantity of surface and subsurface water; materials or obstacles to be encountered; the character and extent of existing Work within or adjacent thereto; other Work being performed thereto; transportation, disposal, handling and storage of materials; availability of labor and labor scales; location and availability of utilities and access roads; equipment and facilities needed for the prosecution of the Work; uncertainties of weather or physical conditions at the site; and any other matters which can in any way affect the Work or the cost thereof,

(ii)    acquainted itself as to the plant, labor and material required for its Work and warrants that such plant, labor and material are available to it,

(iii)    carefully determined the quantity of its Work, the cost of performing such Work, and carefully applied its own prices to its quantities, and,

(iv)    verified all information furnished by Contractor or others and is satisfied with the correctness and accuracy of that information.

Any failure of Subcontractor to acquaint itself with all the information concerning the items listed above and any other items or conditions that would affect performance or cost will not relieve it from responsibility for estimating properly the difficulty or cost of successfully performing the Work.

(c)    Subcontractor shall field verify all sizes, dimensions, elevations, locations, etc. of elements of the existing or preceding new construction applicable to this Subcontract Work prior to any fabrication of any material to be furnished or installed pursuant to this Subcontract. The actual existing dimensions and conditions shall appear and be noted as such on all shop drawings submitted.

F.    As-Built Drawings

Subcontractor shall maintain current as-built drawings for the periodic review of Contractor and Architect. One (1) set of final, accurate and complete as-built drawings prepared on clear, reproducible tracing paper, sepia, mylar print paper and two (2) sets of blue line prints are included in this Agreement unless the Contract Documents require additional types or quantities, in which case the Contract Documents shall control.

Upon completion of its Work and prior to its request for final payment, Subcontractor shall deliver to Contractor the completed set of "as-built" prints, special warranties, guarantees, parts lists, operation manuals, booklets and other Project close-out documents required by the Contract Documents. Should Contractor's close-out of the entire Project and receipt of final payment from Owner be delayed as a result of Subcontractor's delay or failure to submit all such Project close-out documents relating to Subcontractor's Work, Subcontractor will be responsible for any costs, expenses and damages sustained by Contractor as a result of such delay or failure, including loss of interest on final payment. Subcontractor authorizes Contractor to withhold such costs, expenses and damages from any amounts due Subcontractor.

G.    Owner Approval

If required by the Prime Contract between Contractor and Owner, this Subcontract is subject to and conditioned upon the approval of same by Owner. The foregoing provision appears herein, however, for the exclusive use and benefit of Owner, and Contractor and shall not be considered in any manner as conferring rights on or in favor of Subcontractor. Subcontractor represents that it is fully qualified to perform the Work described herein and that no reasonable grounds exist to Subcontractor's knowledge and belief for Owner to withhold approval of Subcontractor. Should Owner fail to approve Subcontractor for any reason due to Subcontractor's failure to meet any requirement or qualification set forth in the Contract Documents such failure shall be deemed grounds for default under Article 13 hereof and Contractor may avail itself of any and/or all of the remedies set forth therein.

**H.    Warranty of License**

Subcontractor warrants to Contractor that Subcontractor is on the date of this Subcontract and will remain at all times during performance of its obligations hereunder, duly licensed by Contractors' State Licensing Board in the state where the Project is located, if required by the laws of such state. Subcontractor's failure to maintain a valid license at any time during performance of Subcontractor's obligations hereunder shall be grounds for default and termination under Article 13 hereof, and may relieve Contractor of any obligations to Subcontractor, including payment to Subcontractor for Work performed.

**I.    Independent Contractor**

Subcontractor is an independent contractor and shall, at its sole cost and expense and without increase in the Contract Price, comply with all laws, rules, ordinances, and regulations of all governing bodies having jurisdiction over the Work. Subcontractor shall have sole responsibility for the means and methods of performing the Work required under this Agreement. Subcontractor shall be responsible for securing timely inspections and approvals of its Work from all such authorities and as required by the Contract Documents. All inspections shall be coordinated with Contractor. Subcontractor shall obtain and pay for all necessary permits and licenses, including business licenses; pay all fees, manufacturer's taxes, sales taxes, use taxes, processing taxes, and all federal and state taxes, insurance and contributions for Social Security and unemployment or disability insurance which are measured by wages, salaries, or other remunerations paid to Subcontractor's employees, whether levied under existing or subsequently enacted laws, rules, or regulations. Subcontractor shall maintain proof that it has complied with all aspects of the foregoing provision and shall make such proof available for review by Contractor at Contractor's request.

**J.    Inspection and Acceptance**

(1)    Subcontractor shall provide appropriate facilities at all reasonable times for inspection by Contractor or the Owner of the work and materials provided under this Subcontract, whether at the Project site or any other place where such work or materials may be in preparation, manufacture, storage or installation. Subcontractor shall promptly replace or correct any work or materials which Contractor or the Owner shall reject as failing to conform to the requirements of this Subcontract. If Subcontractor does not do so within a reasonable time, Contractor shall have the right to do so and Subcontractor shall be liable to Contractor for the cost thereof. If, in the opinion of Contractor, it is not expedient to correct or replace all or any part of rejected work or materials, then Contractor, at its option, may deduct from the payments due, or to become due to Subcontractor, such amount as, in Contractor's reasonable judgment, will represent (i) the difference between the fair value of the rejected work and materials and the value thereof if it complies with the Subcontract, or (ii) the cost of correction, whichever Contractor determines is more appropriate.

(2)    Subcontractor's remedy for wrongful rejection of work pursuant to (1) above shall be limited to Contractor's remedy under the Contract Documents if rejection is by the Owner or by Contractor at the request of Owner. Contractor shall be liable for increased direct costs only caused by its wrongful rejection of work if the Owner was not involved in said rejection.

(3)    The Work shall be accepted according to the terms of the Contract Documents. However, unless otherwise agreed in writing, occupancy and use by the Owner or Contractor shall not constitute acceptance of the Work.

**K.    Submittals**

All samples and shop drawings which are required to be approved shall be submitted by Subcontractor in the format and quantities requested by Contractor. Subcontractor shall furnish final samples and copies for field use as may be requested by Contractor. Any and all required certificates, tests, test reports, warranties, operation and maintenance manuals, etc., shall be furnished by Subcontractor in the format and quantities required by the Specifications and in accordance with Contractor's requirements.

It is understood that construction time for this Project is extremely critical. Subcontractor, therefore, agrees to provide a complete listing of all required submittals in accordance with the terms and conditions set forth in the Subcontract Special Provisions.

Should Owner or Architect fail to approve Subcontractor's submittals or shop drawings, cut sheets and the like, where such approval is required by the contract between Owner and Contractor, such failure to obtain such approval within a reasonable time shall be grounds for default and termination under Article 13 hereof and Contractor may avail itself of any and all remedies set forth therein.

L.    Deviations and Substitutions

Subcontractor shall not deviate from the plans and specifications without the written consent of Contractor, and no changes shall be taken up with Owner or its authorized representative except through Contractor. Subcontractor shall identify any variations from specifications on any specific items. Failure to identify any variations shall be interpreted to mean that the equipment, fixture or material meets all of the requirements of the specifications. Any changes in plans or specifications, or substitutions of materials as an "or equal" proposed by Subcontractor, which are approved by Owner or its authorized representative, shall be Subcontractor's full responsibility. Any additional costs caused Contractor or others as a result of such changes or substitutions or the selection of options or alternates shall be borne by Subcontractor. In selecting options or alternates, Subcontractor shall indemnify and hold Contractor harmless from claims for additional costs incurred by Contractor and other subcontractors. No general approval granted by Contractor or the Owner shall relieve Subcontractor from complying with the Contract Documents. Contractor's review of shop drawings, cuts, samples, material lists and other submissions shall not be construed as a complete check or approval nor shall it relieve the Subcontractor from responsibility for errors of any sort therein, or from the necessity of furnishing any work required by the Contract Document which may have been omitted from the shop drawing, cuts, samples, material lists or other submissions.

M.    Furnishing Copies of Purchase Orders and Sub-subcontracts for Major Scope Items

Upon receipt of written approval of material and/or equipment shop drawings or brochures by the Architect, Subcontractor shall immediately furnish the following additional information to Contractor for each item of equipment, fixture or material:

    (1)  Contact or representative of both manufacturer and supplier

    (2)  Subcontractor's Purchase Order Numbers

    (3)  Manufacturer's Order Number

    (4)  Supplier's Order Number

    (5)  Scheduled delivery date

N.    Daily Reports

Subcontractor's superintendent, foreman, or other designated individual shall deliver a report, in form and content specified by Contractor, to Contractor's office before the end of each shift whenever Subcontractor has employees working on the Project. The report will state the number of employees Subcontractor has on the Project that shift, subdividing same into categories (foreman, tradesmen, laborers, apprentices, etc.).

3.    **Schedule and Time of Performance**

A.    Time is of the Essence

Subcontractor shall initiate its Work whenever any or all of the Work becomes available or as otherwise directed by Contractor and shall thereafter proceed and complete performance of the Work promptly, diligently and in such a manner and sequence as to permit completion of the Project within the time provided by the Contract and within the construction schedule formulated by Contractor for the Project.

Time is of the essence in the performance of the obligations of Subcontractor, and should Subcontractor in any way cause delay to the progress of the Work so as to cause any loss or damage to Contractor or any loss or damage for which Contractor may become liable, including liquidated damages, Subcontractor and its Surety, if any, shall be liable for such and shall indemnify and hold Contractor harmless therefrom to the fullest extent permitted by law.

Subcontractor shall not, however, be allowed to begin Work until this Agreement is fully executed by both Contractor and Subcontractor and certificates of insurance, any required bonds, and Subcontractor's Code of Safe Work Practices have been delivered to Contractor, all in compliance with the terms of this Agreement. The foregoing provision appears herein, however for the exclusive use and benefit of Contractor and shall not be considered in any manner as limiting the responsibility of Subcontractor to provide such documents in a form acceptable to Contractor.

**B.    Project Schedule**

The parties hereto recognize that the best schedules are mutually developed. Contractor will prepare a schedule establishing the sequence and duration of all Work activities and will consider Subcontractor's input in developing the schedule. Subcontractor shall, within fifteen (15) days after the date of the Subcontract, or within such other time as may be specified by Contractor, prepare and submit to Contractor for review a proposed schedule, showing the order in which Subcontractor proposes to carry out all major activities and indicating the dates on which the several activities representing the complete performance of the Subcontract (including procurement of materials, plant and equipment) may be started and finished. This schedule shall list the sequence of activities anticipated by Subcontractor and the anticipated duration of each activity. Subcontractor acknowledges that Contractor has made available to it any Project construction schedules adopted by Contractor prior to the date Subcontractor's proposed schedule is due hereunder, that such schedule is acceptable, and that Subcontractor has scheduled and sequenced its Work on the basis of Contractor's schedule.

**C.    Contractor's Right to Modify Project Schedule and Sequence**

**Subcontractor further acknowledges that as construction progresses it may be necessary for Contractor to change the sequential order and duration of the various activities, including those contemplated by this Agreement to account for unanticipated delays, occurrences and other factors which act to alter Contractor's original schedule. Contractor may require Subcontractor, at no additional cost to Contractor, to prosecute Subcontractor's Work in such sequence as the progress of other subcontractors and the Project schedule reasonably dictates. It is expressly understood and agreed that the scheduling and sequencing of the Work is an exclusive right of Contractor and that Contractor reserves such right to reasonably reschedule and resequence Subcontractor's Work from time to time as the demands of the Project require without any additional cost or expense to be paid to Subcontractor.**

Subcontractor shall carry on said Work promptly, efficiently and at a speed that will not cause delay in the progress of Contractor's Work or Work of other subcontractors. If, in the opinion of Contractor, Subcontractor falls behind in the progress of the Work, Subcontractor may be directed to take such steps as deemed necessary to improve the rate of progress. These steps may include, without limitation, requiring Subcontractor to increase the number of shifts, personnel, overtime operations, days of Work, equipment, plant, or other remedies.  Subcontractor shall submit to Contractor for Contractor's approval a schedule demonstrating how the required rate of progress necessary to meet the schedule will be implemented and monitored without additional cost to Contractor or Owner.

**D.    Contractor's Right to Accelerate/Overtime**

Contractor, if it deems necessary, may accelerate Subcontractor by directing Subcontractor to Work overtime and if so instructed Subcontractor will Work said overtime and, provided that Subcontractor is not in default in any of the provisions herein, Contractor will pay Subcontractor for the actual proved incremental portion of such wages paid at rates which have been approved by Contractor, plus taxes imposed by law on the incremental portion of such additional wages, plus worker's compensation, levies and liability insurance on such additional wages when required to be paid by Subcontractor. In no event shall Subcontractor be entitled to any inefficiency, impact, or other special or indirect charges or damages of any kind as a result of any acceleration or other schedule or sequence modifications.

If, however, Subcontractor delays the progress of the Work, Subcontractor shall, at its own cost and expense,  work such overtime as may be necessary to avoid delay in the completion of the Project.

**E.    Time Extensions**

**Should Subcontractor's performance of this Agreement be delayed or disrupted by any acts of Contractor, other Subcontractors, or Contractor's Suppliers, or delayed or disrupted by any acts or causes which would entitle Contractor to an extension of time under the Contract documents, Subcontractor shall receive an equitable extension of time for the performance of this Agreement but shall not be entitled to any increase in the Agreement Price or to damages or additional compensation as a consequence of such delays or disruptions, unless Owner is liable and pays for such delays or disruptions. Provided Subcontractor complies with the notice requirements hereinafter set forth, Contractor will pay Subcontractor the amount allowed and paid such by Owner for Subcontractor's delay or disruption. Within five (5) calendar days after the commencement of any delay or disruption, unless a shorter time is required by the Prime Contract, Subcontractor shall notify Contractor in writing of any delays or disruptions, including those for which Owner is responsible, in sufficient time so that its claim may be timely processed against Owner.**

1  **4.**   **Payments to Subcontractor**

2   A.   <u>Payment Terms</u>

3   (1)   The Contractor will pay Subcontractor for the performance of this Subcontract the
4   consideration as set forth in the Subcontract Agreement and as hereinafter provided.

5   (2)   Prior to the submittal of the first partial payment estimate, Subcontractor shall
6   furnish a breakdown of the Subcontract price for Contractor's approval. The breakdown
7   shall show as nearly as possible the true value of each phase of Work in relation to the
8   actual Subcontract price, and separate figures shall be shown for labor and materials,
9   with overhead and profit prorated to each. The approved breakdown will be used only for
10  the purpose of making partial payment estimates.

11  (3)   At the intervals specified in the Contract Documents and at least 14 days prior to
12  the date Owner requires Contractor to submit its partial payment estimate, Subcontractor
13  shall furnish directly to Contractor's field office an acceptable partial payment estimate for
14  Work performed by Subcontractor on Contractor's standard form, a copy of which is
15  attached as Exhibit "B". The Contractor shall include in its request to Owner for partial
16  payments the partial payment estimate of Subcontractor. Unless otherwise provided
17  herein, Contractor shall make partial payments to Subcontractor within ten (10) days
18  following Contractor's receipt of payment from Owner for Work performed by
19  Subcontractor including Changes in the Work performed pursuant to Paragraph 11
20  hereof, and to the extent of Subcontractor's interest therein and Subcontractor shall, in
21  turn and in the same manner, make partial payments to its suppliers and subcontractors
22  upon payment to Subcontractor from Contractor for Work performed and materials
23  furnished by said suppliers and subcontractors and to the extent of their respective
24  interests therein. Subcontractor shall earmark all payments made to its subcontractors
25  and suppliers by identifying the Project referenced in this Agreement and including
26  language on its remittances which limits the application of its payments to outstanding
27  balances on the Project referenced in the Agreement. All material and work incorporated
28  in the Project or for which partial payment has been made shall become the property of
29  Contractor, or, if the Contract Documents so provide, the property of the Owner; however,
30  this provision shall not relieve Subcontractor from the sole responsibility and liability for all
31  work and materials upon which payments have been made. The payment of partial
32  estimates by Contractor shall not be construed as acceptance of the Work or materials in
33  whole or in part. As a further consideration for the granting of this Subcontract to
34  Subcontractor by Contractor, Subcontractor agrees that as a condition precedent to
35  receiving partial payments from Contractor for Work performed pursuant to this
36  Agreement, Subcontractor shall execute and deliver to Contractor with its request for
37  partial payments as above provided, a full and complete release of all claims and causes
38  of action Subcontractor may have or claim to have against Contractor through the date of
39  the execution of said release, save and except for those claims which Subcontractor shall
40  specifically list on said release and describe in a manner sufficient for Contractor to
41  identify such claim or claims with certainty. Notwithstanding anything to the contrary
42  appearing herein or in the Prime Contract between Owner and Contractor, Subcontractor
43  shall not be entitled to receive any progress payment or final payment prior to
44  Contractor's actual receipt of that payment from Owner. Subcontractor agrees that
45  Contractor's actual receipt of full payment from Owner shall be a condition precedent to
46  the bringing of any action by Subcontractor hereof against Contractor or its Surety, if any,
47  relating to Contractor's failure to make payment. Subcontractor further agrees that its full
48  performance of this Agreement shall not constitute an exception to the provisions of this
49  paragraph.

50  (4)   Payments shall be made to Subcontractor by mail from Contractor's home office.
51  Under no conditions shall Subcontractor or its agents remove from the jobsite any
52  materials for which Contractor or Owner may be liable under the Miller Act or similar state
53  statute without written permission of Contractor.

54  (5)   The Subcontractor shall pay all claimants for all costs and expenses resulting
55  from the performance of this Subcontract and for all labor and material used or
56  reasonably required for use in the performance of this Subcontract for which
57  Subcontractor is liable. The Contractor may require of Subcontractor satisfactory
58  evidence as to the status of its accounts at any time, including a notarized statement
59  setting forth the names of all its subcontractors and suppliers, the amounts of each such
60  Subcontract and purchase order, the amount paid and the amounts due and payable. At
61  the time of presenting monthly estimates Subcontractor shall furnish notarized evidence
62  on forms furnished by Contractor (Exhibit "C") that all labor, materials, and other costs for
63  which it has received payment from Contractor have been paid in full.

**B.    Conditions Precedent to Partial Payment**

Progress Payments due under this Agreement will not be released until all of the following conditions have been met:

    (1)    Subcontract Agreement has been signed, returned and approved.

    (2)    Insurance Certificates satisfying the requirements of Article 6 have been received.

    (3)    Acceptable fully executed Performance and Payment Bonds have been received, unless waived in accordance with Article 5.

    (4)    A schedule of values in accordance with Article 4 for the Work to be performed under this Subcontract has been received in the form and content specified by Contractor.

    (5)    Subcontractor has prepared and presented to Contractor, for its approval, a Progress Payment Estimate and other documents required by and in accordance with the following Article 4.

    (6)    Subcontractor has delivered to Contractor its written Injury and Illness Prevention Program and its Employer's Code of Safe Work Practices in compliance with the requirements of Article 10.

    (7)    Certified payrolls, if requested by Contractor or if applicable to the Project, have been received by Contractor in the form and content required by the Contract Documents.

    (8)    Waivers of lien from all tier subcontractors and materialmen evidencing payments through the previous month, if required by Contractor.

    (9)    Labor releases, if required by Contractor.

    (10)    For payment of materials stored off site, Subcontractor shall furnish to Contractor evidence that all of the items listed in the Stored Material Checklist attached hereto as Exhibit "D" have been complied with to the satisfaction of the Contractor.  Payment of stored materials off site shall be subject to Owner approval.

Subcontractor agrees to provide Contractor with evidence satisfactory to Contractor showing payment by Subcontractor of any and all contributions made by Subcontractor  for health and welfare payments as shown on the certified payroll as well as payment of payroll taxes and other contributions which may be required by law.

**C.    Retention**

Notwithstanding any other provision of this Subcontract or the Prime Contract, it is agreed that Contractor shall retain 10% of the amount due Subcontractor as progress payments or under partial payment estimates for Work performed by Subcontractor until final completion and acceptance of Subcontractor's Work by Owner.

**D.    Grounds for Withholding Payment/Notification**

Contractor may withhold from monthly progress payments an amount sufficient to protect Contractor because:

    (1)    Defective Work has not been remedied; materials have not been furnished; off-site fabrication of materials is not meeting production quotas or quality standards; clean-up has not been performed;

    (2)    Subcontractor has damaged any portion of the Work of others;

    (3)    Claims, levies, attachments, stop notices or court orders have been filed or reasonable evidence indicates probable filing of such claims, levies, attachments, notices or orders, including claims covered by insurance until such claims are accepted by the insurance carrier;

    (4)    It is alleged that Subcontractor has failed to make payments properly to its subcontractors or for labor (including fringe benefits), materials or equipment, transportation or shipping costs, taxes, fees or any other claims arising out of Subcontractor's Work or Subcontractor fails or refuses to produce proof requested by Contractor that such payments have been made;

    (5)    There exists reasonable doubt that Subcontractor's Work can be completed for the unpaid balance of the Contract Price;

    (6)    There exists reasonable doubt that Subcontractor's Work will be completed on schedule or in compliance with the schedule;

    (7)    Subcontractor is not satisfactorily prosecuting the Work of this Agreement;

(8)    Subcontractor has failed to deliver current insurance certificates, bonds, "as built" drawings, written guarantees or warranties or the approvals required of Subcontractor's Work by any authority having jurisdiction;

(9)    A petition for bankruptcy or reorganization has been filed by or against Subcontractor or Subcontractor has made an assignment without the prior written consent of Contractor, as set forth in Article 13.

(10)   Any other material breach of this Agreement by Subcontractor which has not been cured after reasonable notice from the Contractor thereof.

(11)   Subcontractor fails to produce a mock up of its work acceptable to Owner (if required) or Subcontractor fails to provide workmanship of the quality approved by the Owner in a mock up.

Amounts as are then due shall be paid or credited to Subcontractor when Subcontractor removes the above grounds for withholding payment. Contractor may withhold amounts otherwise due under this Subcontract or any other agreement between the parties to cover Contractor's reasonable estimate of any costs or liability Contractor has incurred or may incur for which Subcontractor may be responsible under this Subcontract or any other agreement between the parties. For purposes of this paragraph the phrase "any other agreement between the parties" shall be deemed to include any agreement between Subcontractor and Contractor or any joint venture or other entity in which Contractor and/or Subcontractor have an ownership interest.

E.    Joint Payment

Contractor reserves the right to issue joint checks to Subcontractor and its material suppliers, sub-subcontractors, labor unions, equipment suppliers, etc., if, in Contractor's sole judgment, it is necessary to do so to ensure payment to the above-named parties or if above named parties have filed a notice of non-payment, lien or intent to lien, stop notice, etc.

F.    Conditions Precedent to Final Payment

All conditions of this Subcontract which apply to partial payments shall also apply to final payments. Request for final payment must be accompanied by written acceptance of Owner, if requested, and a release of Contractor of all claims arising by virtue of this Subcontract and an affidavit by Subcontractor that all labor, material and other bills have been paid. Final payment by Contractor shall not be construed as acceptance of defective Work or improper materials. It is further understood that receipt of any written guarantees or necessary brochures and data in the required amounts, as built drawings, O&M manuals, and if requested by Contractor in its sole discretion, a consent of Surety with power of attorney from Subcontractor's Surety consenting to final payment, shall be conditions precedent to the making of such final payment by Contractor to Subcontractor.

Notwithstanding anything to the contrary appearing herein or in any of the Contract Documents, including but not limited to Owner-Contractor Agreement, the conditions of such Contract (general, supplemental and/or other conditions) either implicitly or explicitly, Subcontractor shall not be entitled to receive any progress payment or final payment prior to Contractor's actual receipt of that payment from Owner. Subcontractor agrees that Contractor's actual receipt of full payment from Owner shall be a condition precedent to the bringing of any action by Subcontractor hereof against Contractor or its Surety, if any, relating to Contractor's failure to make payment. Subcontractor further agrees that its full performance of this Agreement shall not constitute an exception to the provisions of this paragraph.

6.    **Payment and Performance Guarantees**

A.    100% Payment & Performance Bonds

(1)    As a condition precedent to the award of this Subcontract Agreement to Subcontractor by Contractor, and unless expressly waived in writing by an executive officer of Contractor, Subcontractor shall pay for and furnish to Contractor at Contractor's office in Fairfax, Virginia, and shall maintain in full force and effect during the term of this Subcontract, a good, sufficient and acceptable 100% performance bond and a 100% payment bond on Contractor's standard bond forms (Exhibit "E" attached hereto), written by a Surety company acceptable to Contractor which Surety shall have a Treasury limit of not less than the amount of the Contract Price or the sum of $500,000, whichever is greater. The cost of the bonds required herein is included in the Contract Price, unless specifically modified in Subcontract Special Provisions. Notwithstanding Subcontractor's

other performance of the duties and obligations herein imposed upon Subcontractor, the insolvency of said Surety or the revocation of said Surety's right to do business or license to issue bonds in the State where the Project is located, or the removal of said Surety from the list of federally approved sureties, as indicated by the Federal Register, shall be deemed an act of default on the part of Subcontractor and shall render this Subcontract terminable at the option of Contractor, unless within seven (7) days following notification to Subcontractor by Contractor of such occurrence, Subcontractor furnishes alternate bonds in conformance with this article.

(2)    No change, alteration or modification in or deviations from this Agreement or the Contract Documents shall release or exonerate in whole or in part any Surety on any bond given in connection with this Agreement. Neither Owner nor Contractor shall be under any obligation to notify the Surety or Sureties of any such change. Any increase in the Subcontract amount shall automatically result in a corresponding increase in the penal amount of the bonds without notice to or consent from the Surety, such notice and consent being hereby waived. Decreases in the Subcontract amount shall not, however, reduce the penal amount of the bonds unless specifically provided in any Change Order decreasing the Scope of Work.

(3)    If Subcontractor fails to provide the bonds as herein specified, Contractor may, at its option, either waive such requirement, but only in writing signed by an executive officer of Contractor, or declare Subcontractor in default and proceed as set forth in Article 13 hereof.

(4)    Upon receipt of the Payment and Performance Bonds, Contractor will pay the bond premium to Subcontractor's bonding agent upon receipt of invoice for same approved and signed by Subcontractor. Contractor will deduct the bond premium cost from Subcontractor's first approved monthly payment estimate. Bond premium dividends, if any, will accrue to Contractor. However, Subcontractor will pay any additional premiums due because of change orders and will include such costs in its change order proposals.

6.    **Insurance**

Before starting the Work, Subcontractor shall furnish a Certificate of Insurance on Contractor's form, attached hereto as Exhibit "F" and, if requested by Contractor, copies of all insurance policies in duplicate to Contractor's home office. All policies are to be written through a company duly authorized to transact that class of insurance in the State where the project is located, and shall be with insurance companies acceptable to Contractor with an A. M. Best rating of A- or better. The Worker's Compensation and Employer's Liability Policies shall contain Waivers of Subrogation in favor of Contractor, Owner and any other entity as may be required by the Contract Documents. The Certificates of Insurance and policies for the Commercial General Liability and Business Automobile Liability Policies shall name Contractor and, if requested, Owner and Owner's agents, as Additional Insureds, as evidenced on Exhibit "F," Form No. CG 20 10 11 85 (ISO Form B, to be supplied to Contractor together with insurance certificate); shall be endorsed to be primary and non-contributory to any insurance which may be maintained by or on behalf of Contractor; shall be on an "occurrence" basis and shall include "Limits Apply Per Project" with respect to the Commercial General Liability coverages. Subcontractor shall maintain all insurance coverages required by this Agreement in force for a period of one year after completion of the Work and for two years in the case of completed operations coverage. Coverage on General Liability applies for "Bodily Injury" or "Property Damage" occurring after (1) all work on the project to be performed by or on behalf of the Additional Insured(s) at the site of the covered operations has been completed; or (2) that portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization.

The Subcontractor's Certificate shall further provide that insurance will not be canceled or changed prior to at least thirty (30) days' written notice to Contractor and Owner. The types and amounts of insurance shall not be less than the amounts specified in the contract requirements, but in no case shall the Commercial General and Business Automobile Owned, Non-owned, and Hired Vehicle Liability Insurance be less than $1,000,000 Combined Single Limit; Bodily Injury and Property Damage. Employer's Liability, Coverage "B" of the Worker's Compensation policy shall bear limits of at least $1,000,000 each accident. Limits shown are minimum acceptable limits and in no way limit available coverage under policies. Absent agreement in writing from the Contractor in the form of a Change Order, acceptance of an insurance certificate that does not meet the requirements of this Subcontract or any failure on the Contractor's part to monitor compliance with the insurance requirements of this Subcontract shall not under any circumstances constitute a waiver of the requirements of this Subcontract or the Contract Documents. In the event Subcontractor has heretofore furnished to Contractor a certificate of insurance on another project evidencing at a minimum the coverages heretofore specified, such certificate of insurance shall be sufficient for compliance with the insurance requirements set forth herein provided said policies are kept current at all times. If Subcontractor fails to procure and maintain such insurance, Contractor shall have the right but not the obligation to procure and maintain the said insurance for and in the name of Subcontractor, and Subcontractor will pay the cost thereof and shall furnish all necessary information to make effective and maintain such insurance. Subcontractor and its tier subcontractors shall submit Worker's Compensation, Commercial General Liability, and

Business Auto Liability accident reports to their insurance carriers immediately after any accident and shall furnish to Contractor two (2) copies of such reports.

In the event Subcontractor elects to subcontract any portion of this Subcontract to another subcontractor (herein referred to as Sub-subcontractor), Subcontractor shall require of such Sub-subcontractor insurance coverage similar to that required of Subcontractor hereunder and shall furnish to Contractor evidence that such insurance coverages are currently in effect. Moreover, Subcontractor shall require any such Sub-subcontractor to name Contractor and Owner as additional insureds on Sub-subcontractor's Commercial General Liability insurance and will provide Contractor with a waiver of subrogation from such Sub-subcontractor's Worker's Compensation carrier. Subcontractor shall require its Sub-subcontractor to obtain Form No. CG 20 10 11 85 (ISO Form B) or its equivalent from its Commercial General Liability Insurance carrier endorsing such policy naming Contractor and Owner as additional insureds, which endorsements shall be furnished to Contractor as a condition precedent to Subcontractor's right to be paid for any Work performed by said Sub-subcontractor. Failure of Subcontractor to require Sub-subcontractor to obtain the coverages required herein and to furnish Contractor evidence of such coverage shall be grounds for termination for default under Article 13 hereof.

> **SUBCONTRACTOR CANNOT COMMENCE WORK UNTIL**
>
> **ALL INSURANCE REQUIREMENTS ARE MET.**

A.    Builder's Risk

Contractor or Owner will furnish and pay for Builder's Risk Insurance, which will include fire, extended coverage, vandalism, and malicious mischief. The Subcontractor's Work performed and materials to be incorporated into the Project and stored on the jobsite will be covered to the extent of such policy and to the extent allowed by the insurance company for Subcontractor's loss. The Builder's Risk insurance policy will have the following deductibles, and limits of liability as set forth in Exhibit "G," attached hereto and made a part hereof for all purposes.

The maximum liability to Subcontractor under the Builder's Risk policy insurance shall be for not more than the proportion of any loss which the last reported value of the insured property bore to the actual value of said property at the time of such last report, and in no event for more than actual loss.

In the event of a loss insured under the Builder's Risk policy, Subcontractor shall be bound by any adjustment which shall be made between Contractor and/or Owner and the insurance company or companies. Loss, if any, shall be made payable to Contractor and/or Owner, as their interests may appear, for the account of whom it may concern.

The total value of the property described above as insurable hereunder and as shown on the approved monthly requisition provided for in Article 4, plus the total value of similar property delivered during the month but not included in the aforesaid requisition, as reported by Subcontractor to Contractor for insurance purposes only, shall determine the total value of Subcontractor's Work, material and equipment to be insured hereunder.

In the event that the Builder's Risk insurance, whether carried or required to be carried by Owner or Contractor covering Subcontractor's Work, contains any deductible applicable to any loss covered thereby, the risk of loss by reason of such deductible is upon Subcontractor, and in any event Subcontractor's right to recover all or any part of any loss or damage attributable to Subcontractor's Work is limited to such recovery therefore as may be made by Owner or Contractor under the applicable insurance. Except for Subcontractor's right to any such insurance recovery set forth herein, the provisions imposing any indemnifications and/or responsibility upon Subcontractor for loss or damage pertaining to Subcontractor's Work or caused by Subcontractor to all parties are controlling.

**7.    Indemnification**

A.    To the fullest extent permitted by law Subcontractor and its Surety, if any, covenant and agree to indemnify and hold Contractor harmless of and from any and all claims, losses, demands, causes of action and the like, including but not limited to, attorneys' fees and court costs which may be asserted against Contractor by Owner, its successors or assigns, or any other party other than Subcontractor, resulting from, arising out of, or occurring in connection with the failure of Subcontractor or any subcontractor or supplier of Subcontractor to perform all Work required within the scope of this Subcontract in strict accordance with the Contract Documents.

B.    To the fullest extent permitted by law Subcontractor hereby agrees to defend and indemnify, protect and hold harmless Contractor and/or Owner, their agents, employees, servants and sureties (individually the "Indemnified Party" and collectively the "Indemnified Parties") of and from any loss or damage and to reimburse the Indemnified Parties Contractor for any and all expenses, including legal fees, expert witness fees and other litigation costs to which the Indemnified Parties may be put because of:

(1)    litigation on account of infringement or alleged infringement of any letters patent or patent rights by reason of the Work or materials or processes used by Subcontractor, its subcontractors and/or suppliers;

(2)    the liability for claims and liens for labor performed or materials used or furnished through or under Subcontractor for the Project for which Subcontractor is liable due to any failure of Subcontractor to adhere to the terms of this agreement or any of the Contract Documents;

(3)    liability to Contractor resulting from Subcontractor's failure to comply with applicable licensing requirements;

(4)    any personal injury, loss, damage or death to any person or persons (including employees, officers or agents of Contractor, Subcontractor and lower tier subcontractors) and any property damage arising out of, resulting from, or in connection with the performance or nonperformance of Work required in this Subcontract or by reason of any act, omission, fault or negligence whether active or passive of subcontractor whether on the Project or proceeding to or from the site, including, without limitation, any personal injury, loss, damage, death or property damage caused (or alleged to be caused) by any negligent or grossly negligent act, error or omission of any person or entity, including any Indemnified Party whether such Indemnified Party's or the person's or entity's negligence be joint or concurrent and whether such negligence or gross negligence occurred while proceeding to or from the site of the Project; or

(5)    liability imposed upon Contractor directly or indirectly by Subcontractor's failure or the failure of any of its employees to comply with any law, ordinance, rule, regulation or requirement, including, but not limited to, any Occupational Safety and Health Administration violations and any penalties, including enhancements, resulting in whole or in part by Subcontractor's acts or omissions as well as the Immigration Reform and Control Act of 1986 (PL99-603) and all rules and regulations adopted pursuant thereto.

C.    To the fullest extent permitted by law, in addition to the express duty to indemnify Contractor when there is any causal connection between Subcontractor's work and any injury, loss, damage, death or property damage, Subcontractor expressly undertakes a duty to defend Contractor as a separate Duty, independent of and broader than the duty to indemnify. The duty to defend agreed to by Subcontractor herein expressly include all costs of litigation, attorney's fees, settlement costs and reasonable expenses in connection with the litigation, whether or not the claims made for loss, injury, damage or property damage are valid or groundless and regardless of whether the defense of Contractor is maintained by Contractor or assumed by Subcontractor as long as the claims made could be causally connected to Subcontractor as reasonably determined by Contractor (Claims). Subcontractor's duty to defend Contractor is as follows:

(1)    Contractor, in its sole discretion and at its sole option, may defend any or all of the Claims or tender to Subcontractor the defense of any or all of the Claims. Upon such tender by Contractor to Subcontractor, Subcontractor shall be bound and obligated to assume the defense of Contractor in the Claims, including the settlement negotiations, and shall pay, liquidate, discharge and satisfy any and all settlements, judgments, awards or expenses resulting from or arising out of the Claims without reimbursement from Contractor.

(2)    It is understood and agreed by Subcontractor that if Contractor tenders the defense of a Claim to Subcontractor and Subcontractor fails or neglects to assume the defense thereof, Contractor may compromise and settle or defend any such suit or action, and Subcontractor shall be bound and obligated to reimburse Contractor for the amount expended by it in settling or compromising any such claim, or in the amount expended by Contractor in paying any judgment rendered therein, together with all reasonable attorneys' fees and cost of litigation incurred by Contractor by reason of its defense, settlement or compromise of such Indemnified Claims.

D.    Neither final payment by Contractor nor acceptance of the work performed by Subcontractor shall constitute a waiver of the foregoing indemnities and duty to defend, and notwithstanding any other provision contained in this Subcontract Agreement, the provisions of this Article 7 shall survive the termination of the Subcontract Agreement for any reason whatsoever.

E.    The parties acknowledge that a software problem in the manufacturing industry may lead to delays in product supply. This problem is based on computer software and hardware that have date-related glitches, commonly known as the "Year 2000 Problem." It is the Subcontractor's responsibility to select manufacturers of products to be supplied on the project (or subcontractors) which do not experience this Year 2000 Problem. Subcontractor agrees to indemnify Contractor for any damages that Contractor may suffer as a result of liquidated damages assessed by the Owner, damages asserted by the Owner, or damages suffered by Contractor due to delays in product supply or malfunctions occasioned by the Year 2000 Problem. This indemnity obligation only extends to suppliers or sub-subcontractors selected by the Subcontractor. This indemnity obligation does not exist for delays or malfunctions caused by suppliers selected by Contractor or Owner. This indemnity obligation extends to all damages caused by the Year 2000 Problem, including but not limited to actual damages, consequential damages, reasonable attorney's fees, costs of court and related expenses

## 8.    Warranties and Guarantees

Guarantees and warranties of the Work as defined in the Specifications and further described in this Agreement are included in this Agreement. Unless a longer period is provided in the Contract Documents, or by Law, Subcontractor shall repair or replace at its own expense and at the convenience of Owner, any defects in workmanship or materials discovered within one year from the date of written acceptance of the Work by Owner, Architect and Contractor.

Subcontractor and its Surety shall remain liable to Contractor for any claims which may be urged against Contractor or its Surety by Owner, its successors, or assigns, for any defects or alleged defects, whether patent or latent, in materials or workmanship attributable to or caused by Subcontractor's Work and/or any claims by Owner that Subcontractor's Work was not performed in accordance with the Contract Documents, such liability and responsibility to remain for so long a period of time as Contractor may be liable to Owner, its successors, and assigns, under the Contract Documents or by operation of law.

In any event Subcontractor and/or its Surety shall pay for all damage to the Project resulting from defects in the Work and expenses necessary to remove, replace and/or repair the Work and any other Work which may be damaged in removing or repairing the Work.

To the extent that Subcontractor's Work includes caulking, sealing, roofing, waterproofing, gravelstops, flashing, counterflashing, glass, glazing, curtain or window wall, precast members, marble, granite, tile, storefronts, entrances, piping and conduit, or site utilities, Subcontractor and its Surety, if any, shall maintain each such item in a watertight and leakproof condition for two (2) years after the completion and acceptance of the Work, or for a longer period if required by the Contract Documents.

## 9.    Compliance with all Laws and Regulations

The Subcontractor warrants that it is, and during the period of its Work will remain at Subcontractor's sole cost and expense, fully in compliance with all federal, state and local laws, rules and regulations pertaining to its Work under the Subcontract. Further, Subcontractor shall comply with federal, state and local tax laws, social security acts, unemployment compensation acts and worker's compensation acts insofar as applicable to the performance of the Subcontract. As frequently as Contractor may reasonably require, Subcontractor shall furnish Contractor evidence that Subcontractor has paid all state and local sales, consumer, use and other similar taxes assessed or due in conjunction with Subcontractor's Work on the Project. Subcontractor further covenants and agrees that it will on a timely basis make all contributions or payments required to be made to any health and welfare, pension, vacation, apprenticeship or other employee benefit program or trust which may be required under any collective bargaining agreement to which this Subcontractor is a party.

The Subcontractor shall, give all notices and comply with all laws, ordinances, rules and regulations and orders of any public authority bearing on the performance of the Work under the Subcontract. Subcontractor shall secure and pay for all permits, fees and licenses necessary for the execution of the Work contemplated by the Subcontract.

A.    <u>EEO/Sexual Harassment</u>

Subcontractor shall, at its own expense, comply with Contractor's equal employment opportunity policies and policies pertaining to the avoidance and correction of sexual harassment, and in addition shall comply with all such policies promulgated by any governmental authority. Subcontractor shall also comply with the requirements set forth in Contractor's Equal Employment Opportunity Policy set forth on Exhibit "H" attached hereto and made a part hereof for all purposes.

B.    <u>Federal Project Requirements</u>

Subcontractor's attention is especially called to any clauses in the Contract Documents which may pertain to termination, renegotiation of contracts; the Prompt Payment Act; the Drug-Free

Workplace Act; the Americans with Disabilities Act; the Davis-Bacon Act; any applicable Environmental Protection Agency regulations; and the Buy American Act, and Subcontractor agrees to abide by all such requirements.

C.    Access to Books and Records

Subcontractor shall permit access to its books, records, and accounts by representative of Contractor or the Owner for purposes of investigation to ascertain compliance with the Provisions of this Article. In the event of Subcontractor's noncompliance with the equal employment opportunity provisions of this Subcontract, this Subcontract may be terminated for default. Subcontractor shall include the provisions of this Article in Subcontractor's subcontracts. The requirements of this Article shall be in addition to any equal employment opportunity provisions of the Contract Documents.

10.    **Safety and Substance Abuse**

A.    Receipt and Agreement to Abide by Contractor's Safety Plan

The Subcontractor agrees that the prevention of accidents to Subcontractor's workmen engaged in the Work under this Agreement is the responsibility of Subcontractor. The Subcontractor agrees to comply with all laws, regulations and codes concerning safety as shall be applicable to the Work and to the published safety plan of Contractor, a copy of which is attached as Exhibit "I." When so ordered, Subcontractor agrees to stop any part of the Work which Contractor deems unsafe until corrective measures, satisfactory to Contractor, have been taken, and further agrees to make no claim for damages growing out of such stoppages. Should Subcontractor neglect to adopt such corrective measures, Contractor may, but shall be under no obligation, to perform them and deduct the cost from payments due or to become due Subcontractor. Failure on the part of Contractor to stop unsafe practices shall, in no way, relieve Subcontractor of its responsibility.

Subcontractor shall adopt Contractor's Safety Policy attached hereto as Exhibit "I" or a substantially similar policy for its own employees, agents and representatives who come on to the job site and shall require its subcontractors and suppliers of any tier who come onto the job site to do likewise. If Subcontractor, or any person who enters the job site under an employment or a direct or indirect contractual arrangement with Subcontractor, fails to enforce the said Safety Policy or substantially similar policy, Contractor shall have the right to bar such party from the job site. Any resulting damage (including damage for delay) will be the responsibility of Subcontractor.

B.    Hazardous Waste

It is expressly understood and agreed that Subcontractor will comply with Contractor's "Hazard Communication Program," as outlined in Contractor's Subcontractor Safety Program. Subcontractor shall furnish a copy to Contractor the applicable Material Safety Data Sheets (MSDS) for all hazardous materials or chemicals used in connection with or consumed or incorporated into this Project as required by the Hazard Communication Standard of the Occupational Safety and Health Administration (OSHA).

Subcontractor recognizes hazards related to asbestos, PCB's, VOC's, and hazardous waste materials, and agrees to exercise its best skill and judgment in prevention of such hazards. Subcontractor acknowledges and accepts the requirements related to those materials in the Contract Documents. Subcontractor agrees not to dispose of any hazardous waste, asbestos, PCB's or VOC's, including but not limited to paints, solvents, cleaning compounds, degreasers, paint thinners, or any other associated products and their respective containers in any dumpster(s) unless specifically designated for such purpose. Subcontractor agrees to physically remove any products/containers mentioned above from the dumpster(s) should the products/containers be disposed of improperly. These sections are available at the Project site for review by Subcontractor.

All haul-off and disposal of debris and hazardous waste shall be by Subcontractor in accordance with Specifications, Contract Documents, EPA, local, county and state and any other associated agencies.

C.    Responsible and Competent Person

Subcontractor's Work shall be directed and supervised by a competent person as defined by OSHA. Such competent person shall have a thorough knowledge of OSHA regulations and shall be present at the Project site at all times that Subcontractor's Work is in progress.

11.    **Changes and Extra Work**

A.    Changes

The Subcontractor has all rights and obligations afforded Contractor by the Contract Documents, except where inconsistent with the provisions of the Subcontract Documents. The parties

recognize that Owner or its authorized representative shall be the binding and final authority on the interpretation of the plans and specifications. The Subcontractor shall be bound by all interpretations of Owner or its authorized representative which, by the Contract Documents, are binding on Contractor.

(1)    The Contractor may at any time, unilaterally or by agreement with Subcontractor, without notice to the Sureties make changes in the Work covered by this Subcontract. Any unilateral directive or mutual agreement under this provision must be in writing.

(2)    When the Owner or Contractor requests a proposal, Subcontractor shall submit change order proposals within seven (7) calendar days in a form acceptable to Contractor. The quotation shall be supported by a cost breakdown which shall include a quantity survey, unit prices and unit labor hours, markup for overhead and profit and other information as requested by Contractor. Requests or claims shall be submitted in writing by Subcontractor in sufficient time to allow Contractor to comply with the applicable provisions of the Contract Documents. If Subcontractor does not comply with the time requirements and Contractor is required to submit a price quotation to the Owner which includes a proposed change to Subcontractor's Work, Contractor shall use its best efforts to estimate in good faith the proposed change as it affects Subcontractor in its quotation to the Owner, which estimate shall be the maximum equitable adjustment due to Subcontractor.

(3)    Upon written direction by Contractor specifically stating that an equitable adjustment in contract price will be made, Subcontractor shall proceed with specified extra Work or changes so as not to delay the Work. The Subcontractor shall submit an estimate for the extra Work or changes within seven (7) calendar days of receipt of the directive.

(4)    Unless otherwise stated in the Contract Documents, the sum to be paid to Subcontractor for its combined overhead and profit for additive changes shall be based upon the following percentages of the cost of the change:

(a)    A percentage as allowed by the Prime Contract of the cost of the change for that portion of the Work performed directly by Subcontractor;

(b)    A percentage as allowed by the Prime Contract for that portion performed by a lower tier subcontractor or supplier (there shall be no relationship, other than contractual, between Subcontractor and a lower-tier subcontractor).

(c)    If a change in the Work consists of both additions and deletions, any overhead and profit shall be computed on the excess of the additive costs over deductive costs.

(d)    The sum paid for overhead and profit shall cover all Subcontractor's general and administrative expenses, including but not limited to, all main and branch office labor, plant and equipment, clerical support and supplies, estimating, computers, accounting, time keeping and cost of capital. Subcontractor shall include in each change the cost of any additional bond premium and shall pay such cost to its bonding company. Subcontractor shall keep its Surety informed at all times of all changes in the Subcontract.

(5)    For changes ordered by Contractor independent of the Owner or the Contract Documents, Subcontractor shall be entitled to an equitable adjustment in the Subcontract price. If Subcontractor considers any action or inaction by Contractor other than a formal change order to be a change, it shall so notify contractor within three (3) days of said action or inaction and seek a confirmation from Contractor. Failure to comply with said confirmation procedure shall constitute a waiver of the right to compensation for the action or inaction.

(6)    Payment on account of pending changes made by the Owner shall be made only if Contractor receives such payment from the Owner for Subcontractor's changed work. Each payment to Subcontractor on account of pending change orders shall be equal to Subcontractor's allocable share of Contractor's payment from the Owner for the pending change as determined by Contractor. Amounts paid on account of pending changes are provisional and not an admission of liability and shall be repaid to Contractor on demand whenever Contractor determines there has been an overpayment.

B.    Payment

Upon receipt of the appropriate executed Owner Change Order, a corresponding Subcontractor Change Order will be issued to Subcontractor. Upon execution by Subcontractor, Contractor shall make payments for changes in the Work to Subcontractor upon payments allowed to and received from Owner by Contractor for changes in Work performed by Subcontractor and to the extent of Subcontractor's interest therein, and Subcontractor shall, in turn and in the same manner, make payments to its suppliers and subcontractors upon payments allowed to and received by Subcontractor from Contractor for changes in Work performed and materials furnished for

changes in the Work by said suppliers and subcontractors and to the extent of their respective interest therein.

C.  Time and Material

Work done on a time-and-material basis must be signed for daily by Contractor's authorized representative and invoiced weekly no later than two (2) weeks following the week in which the Work was done. No payment for time-and-material work will be made unless the work has been authorized in writing by Contractor's representative, outlining the rates and terms of payment and the appropriate daily approval requirements. Strict compliance with the requirements of this paragraph must be observed; otherwise any claims by Subcontractor hereunder shall be deemed waived. No one other than an executive officer of Contractor has the authority to waive this requirement and such waiver must be in writing and signed by such officer.

**12.  Contract Interpretation and Disputes**

A.  Notices

Unless a shorter period of time is provided in the Contract Documents, notice of any damage or additional cost which Subcontractor alleges Owner, Contractor, other subcontractors or Contractor's suppliers have caused or are causing it by their act or omission shall be filed in writing with Contractor in its home office within seven days from commencement of such alleged damage or additional cost. Subcontractor shall advise Contractor's home office in writing at two week intervals of the amount of any continuing damage or additional cost and shall file a full accounting within seven days after the damage or increased cost ceases. No claims for such damage shall be valid unless Subcontractor complies with all the requirements of this paragraph.

B.  Subcontractor/Contractor Disputes

In the event of any dispute involving the Work performed or to be performed, Contractor shall issue a written decision or written directive which shall be followed by Subcontractor, without interruption, deficiency, or delay. If Subcontractor does not agree with such decision, Subcontractor may make a claim pursuant hereto and the matter shall be resolved as set forth in Article 12B(1) or 12B(2) as applicable. If the Subcontractor prevails, Subcontractor's sole remedy shall be an equitable adjustment in its contract time or amount as provided hereafter. In addition to notice required as provided herein or in the Contract Documents, notification of any claim for equitable adjustment must be asserted in writing not later than ten (10) days after Subcontractor's knowledge of the claim unless a shorter period is provided in the Contract Documents, and if Article 12B(1) is applicable, within sufficient time to allow Contractor to give notice to the Owner under the Contract Documents.

(1)     In case of any dispute between Contractor and Subcontractor, in any way relating to or arising from any act or omission of the Owner or involving the Contract Documents, Subcontractor agrees to be bound to Contractor to the same extent that Contractor is bound to the Owner by the terms of the Contract Documents, and by any and all preliminary and final decisions or determinations made thereunder by the party, board or court so authorized in the Contract Documents or by law, whether or not Subcontractor is a party to such proceedings. In case of such dispute, Subcontractor will comply with all provisions of the Contract Documents, allowing a reasonable time for Contractor to analyze and forward to the Owner any required communications or documentation. Contractor will, at its option, (a) present to the Owner in Contractor's name or (b) authorize Subcontractor to present to the Owner in Contractor's name all of Subcontractor's claims, and answer the Owner's claims involving Subcontractor's Work, whenever Contractor is permitted to do so by the terms of the Contract Documents. Contractor will further invoke on behalf of Subcontractor, or allow Subcontractor to invoke, those provision in the Contract Documents for determining disputes. If such dispute is prosecuted or defended by Contractor, Subcontractor at it own expense agrees to furnish all documents, statement, witnesses, and other information required by Contractor and to pay or reimburse Contractor for all costs incurred by Contractor in connection with the dispute, including attorneys fees. On any Project which may be subject to the Contract Disputes Act of 1978 (PL95-563, 92 Stat. 2383,41 USC § 601 et seq.), or other applicable statutes which may require certification of claims, or if Contractor's prime contract with Owner requires the certification of any claim, Subcontractor shall furnish Contractor with a certification of any claim in a form satisfactory to Contractor and agrees to indemnify and hold Contractor harmless from any losses, claims, damages or expenses Contractor may suffer or incur under Section 5 of the Contract Disputes Act of 1978, or other applicable law, including attorney's fees and related costs, as a result of Subcontractor's failure or inability to support any part of the claim and such failure or inability is attributable to misrepresentation of fact or fraud on the part of Subcontractor. Nothing herein shall require Contractor to certify a claim under a government contract when it cannot do so in good faith.

(2)    To the extent not resolved under Article 12B(1) above, any dispute between Contractor and Subcontractor shall, at Contractor's sole option, be decided either through litigation or by arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association. The foregoing agreement to arbitrate shall be specifically enforceable in any court of competent jurisdiction.    Upon its request, Contractor shall be entitled to consolidation or joinder of any arbitration involving Subcontractor with related arbitration involving other parties. The award rendered by the arbitrators shall be final and judgment may be entered upon it in accordance with applicable law in any court of competent jurisdiction. If Contractor notifies Subcontractor that Contractor contends any arbitration or lawsuit brought under this Article 12B(2) that involves a controversy within the scope of Article 12B(1), the dispute process shall be stayed until the procedures under Article 12B(1) are completed. **DUE TO THE SPECIALIZED NATURE OF CONSTRUCTION LITIGATION, EACH PARTY HEREBY WAIVES ITS RIGHT TO A TRIAL BY JURY.**

(3)    Notwithstanding anything in the Contract Documents to the contrary, Contractor, Subcontractor and Subcontractor's Surety agree that all claims, disputes and other matters in controversy between Contractor and Subcontractor arising out of or relating to the Subcontract or the breach thereof, except as provided in the Contract Documents with respect to the Architect's decisions or matters relating to artistic effect, and except for claims which have been waived by the acceptance of final payment, shall be submitted through litigation or arbitration to the appropriate forum in the County where the project is located for determination in accordance with the laws of the State in which the project is located.

(4)    Notwithstanding anything to the contrary appearing herein or in the Contract Documents, if at any time, even after suit may have been filed by either party hereto but prior to commencement of trial, Contractor becomes involved in litigation or arbitration with another party or parties involving questions of fact or law common to the dispute between Contractor and Subcontractor to the extent that (a) in Subcontractor's absence, complete relief cannot be accorded among those already parties, or (b) disposition of such other action may as a practical matter, impair or impede Contractor's or Subcontractor's ability to fully prevent its incurring multiple or otherwise inconsistent obligations, Subcontractor agrees that Subcontractor may be joined by Contractor in such other litigation or arbitration proceedings for a complete resolution of all disputes and controversies arising under this Agreement, and that upon such joinder, any pending action between Contractor and Subcontractor, if any, shall be dismissed.

(5)    Unless otherwise agreed in writing by the parties, Subcontractor shall carry on the Work and maintain its progress during any litigation or arbitration proceedings and Contractor shall continue to make payments to Subcontractor in accordance with the Contract Documents.

## 13.    Default and Terminations

### A.    Termination for Cause

If, in the opinion of Contractor, Subcontractor at any time refuses or neglects to supply a sufficiency of skilled workmen or materials of the proper quality and quantity, or fails in any respect to prosecute the Work with promptness and diligence, or causes by any act or omission the stoppage or delay of or interference with the Work of Contractor or of any other subcontractors on the Project, or fails in the performance of any of the agreements on its part contained herein, Contractor shall be at liberty, if Subcontractor has failed to cure such default within three days' following written notice to Subcontractor, mailed or delivered to the last known address of the latter, to provide through itself or through others, any such labor or materials, and to deduct the cost thereof from any money due or thereafter to become due to Subcontractor under this Agreement, and Contractor shall also be at liberty to terminate all or part of Subcontractor's right to proceed with the said Work and to enter on the premises and take possession, for the purpose of completing the Work included in this Agreement, of all materials thereon, and to employ any other person or persons to finish the Work, and to provide materials therefor. Subcontractor shall not be entitled to receive any further payment under this Agreement until the said Work shall be wholly finished. If the unpaid balance of the amount to be paid under this Agreement shall exceed the expense incurred by Contractor in finishing the said Work, such excess shall be paid by Contractor to Subcontractor; but if such expense shall exceed such unpaid balance, then Subcontractor shall pay the difference to Contractor. The expense incurred by Contractor shall include the cost of furnishing materials and of finishing the Work, and any damage incurred through the default of Subcontractor.

It is recognized that if Subcontractor is adjudged a bankrupt or makes a general assignment for the benefit of creditors, or if a receiver is appointed for the benefit of its creditors, or if a receiver is appointed on account of its insolvency, such could impair or frustrate Subcontractor's performance of this Agreement. Accordingly, it is agreed that upon the occurrence of such event, Contractor shall be entitled to request of Subcontractor or its successor in interest adequate assurance of future performance in accordance with the terms and conditions hereof. Failure to comply with such request within ten (10) days of delivery of the request shall entitle Contractor to terminate this Agreement and to the accompanying rights set forth above. In all events, pending receipt of adequate assurance of performance and actual performance in accordance therewith, Contractor shall be entitled to proceed with the Work with its own forces or with other subcontractors on a time and material or other appropriate basis, the cost of which will be backcharged against the Contract Sum hereof.

In the event this Subcontractor is terminated by Contractor for any reason, Subcontractor agrees that any and all sub-subcontracts or purchase orders which Subcontractor may have covering the Work which is the subject of this Agreement may, at Contractor's option, be fully assigned by Subcontractor to Contractor upon written notice to such sub-subcontractors and vendors by Contractor; and Subcontractor shall include in such sub-subcontracts and purchase orders appropriate language to such effect.

**B.    Termination for Convenience**

Notwithstanding anything contained herein to the contrary, Contractor may, without cause, terminate this Agreement at any time upon written notice to Subcontractor. In the event Contractor gives Subcontractor such notice, Subcontractor shall withdraw its employees and equipment from the worksite on the effective date of the termination as specified in said notice (which effective date shall not be less than two (2) working days after the date of the notice) regardless of any claim Subcontractor may or may not have against Contractor. The Subcontractor's failure to do so shall entitle Contractor to bring an action for damages, including attorney's fees, and/or to bring an action for injunctive relief. If there has been a termination of Contractor's contract with the Owner, the Subcontractor shall be paid the amount due from the Owner for its work, as provided in the Contract Documents, after payment therefor by the Owner to Contractor. If Contractor's contract has not been terminated, Subcontractor shall be paid the reasonable value of work performed by Subcontractor prior to termination plus reasonable direct close-out costs, but in no event shall Subcontractor be entitled to unabsorbed overhead, anticipatory profits or damages for any termination under this clause except as expressly provided by this paragraph. Upon receipt of payments provided for above, the parties hereto shall have no further obligation to each other except for Subcontractor's obligations to perform corrective and/or warranty Work relating to Work actually performed by Subcontractor or any of its sub-subcontractors prior to the termination, and to indemnify and defend Contractor as provided for in this Agreement.

**C.    Conversion of Cause to Convenience**

In the event Contractor terminates Subcontractor for any cause under the terms of this Agreement, and it is later determined by a court of competent jurisdiction, by arbitration or other similar proceeding, that such termination for cause was not justified, then in such event such termination for cause shall automatically be converted to a termination for convenience under the terms of this Article.

**D.    Other Remedies for Default Other Than Termination**

Should Subcontractor (a) fail to correct, replace and/or re-execute faulty or defective Work and/or materials furnished under the Subcontract; (b) fail to complete or diligently proceed with this Subcontract within the time required by Contractor; (c) fail to correct or repair any damage to the Work caused by Subcontractor, or those for whom it is responsible, or by virtue of Subcontractor's failure to protect its Work; (d) refuse or fail to provide sufficient properly skilled workers, adequate supervision or materials; or (e) otherwise be in default of any provision of this Subcontract or the Subcontract Documents, then Contractor, upon seventy-two (72) hours prior written notice to Subcontractor, shall have the right to correct, replace or otherwise remedy any such defects, deficiencies or delayed performance by any reasonable and expedient means, including taking over or supplementing Subcontractor's Work and materials and employing such additional labor, equipment and materials as may be necessary to cure the default and achieve compliance with the Subcontract and the Subcontract Documents. In such event, Contractor may deduct and withhold from payments then or thereafter to become due Subcontractor the cost of correcting such deficiencies, plus overhead of fifteen percent (15%) to cover costs not readily ascertainable and not as a penalty. If payments then or thereafter due Subcontractor are not sufficient to cover such amount, Subcontractor shall promptly pay the difference to Contractor.

E.    Remedies Cumulative

No right or remedy in the Subcontract is intended to be exclusive of any other right or remedy, but every such right or remedy shall be cumulative and shall be in addition to and not a limitation of any duties, obligations, rights and remedies otherwise imposed or available by law.

F.    Termination/Suspension by Owner

If Contractor's contract with Owner provides that in the event of termination of the Prime Contract Between Owner and Contractor that Owner can direct Contractor to assign this Agreement to Owner, Subcontractor hereby consents to such assignment and agrees to accept any such assignment of this Contract to Owner, to consider that assignment to be fully effected by receipt of written notice from Contractor of any such assignments, and thereafter to look solely to Owner for all obligations, commitments, unsettled claims and payments previously claimed, then due or to which Subcontractor shall thereafter become entitled in connection with this construction Project.

## 14.   Miscellaneous

A.    Legal Fees

In the event it shall be necessary for Contractor to retain legal counsel to enforce any of its rights hereunder, Subcontractor agrees that it shall be responsible for payment of all reasonable attorney's fees, expenses and costs incurred therewith.

B.    Notices

All notices, consents, requests or other communications hereunder shall be in writing, unless otherwise expressly provided to the contrary and shall be deemed to have been made or given when mailed, delivered, telegraphed or transmitted as electronic facsimile to the other party at the address noted in the Subcontract. Either party may designate a different address by notice given to the other.

C.    Severability and Savings

If any clause or provision of the Subcontract Document should be determined to be illegal, invalid or unenforceable under present or future laws effective during the term of the Subcontract, then and in that event, it is the express intention of the parties hereto that the remainder of the Subcontract Documents shall not be affected thereby, and it is also the express intention of the parties that in lieu of each clause or provision of the Subcontract Documents which may be determined to be illegal, invalid or unenforceable, there may be added as part of the Subcontract Documents a clause or provision as similar in terms of such illegal, invalid or unenforceable clause or provision as may be possible and be legal, valid and enforceable.

The Article and paragraph headings of the Subcontract and these General Conditions are for reference purposes only and shall not affect in any way the meaning or interpretation of the Subcontract or these General Conditions.

D.    Strike Provisions

Subcontractor shall employ only workmen who will at all times Work in harmony with those employed by Contractor and by other subcontractors on the site. Should the Work of Contractor or Subcontractor for any reason be stopped or materially delayed or disrupted due, in Contractor's opinion, to Subcontractor's failure to have proper workmen to execute this Subcontract, Contractor shall have the right, upon seventy-two (72) hours prior written notice, to terminate Subcontractor's right to proceed with the Work and to employ such workmen as may be necessary to complete performance of this Subcontract, with all costs of such termination and completion of performance being charged against Subcontractor. It is further understood and agreed that contracts will be awarded and labor employed by Subcontractor and other subcontractors at the site without discrimination as to whether the employees of any Contractor or subcontractor are members or nonmembers of any labor organization. In the event of a Work stoppage resulting from a labor dispute directed at Subcontractor, Contractor shall have the right to terminate this Subcontract and exercise such rights as are available to Contractor in the event of termination.

E.    Non-Waiver

No action or failure to act, delay or omission by Contractor to exercise any right or remedy shall impair such right or remedy or any other right or remedy or be construed to be a waiver of any default or acquiescence therein.

F.    Right of Assignment

(1)    This Subcontract and the proceeds from this Subcontract shall not be assigned without the written consent of Contractor, and if applicable, Subcontractor's Surety.

(2)    The Subcontractor shall not sublet any Work covered by this Subcontract except items which are customarily sublet by subcontractors of its category. The Subcontractor will not relet or sublet any Work covered under this Subcontract without prior written approval by an executive officer of Contractor. The Subcontractor will insert in any subcontract awarded by it, with approval of Contractor, all or any part of this contract necessary to protect Contractor. The assignment of any Subcontract Work shall not relieve Subcontractor of any performance, supervisory and coordination requirements.

G.    Claims and Liens and Stop Notices

Subcontractor and its Surety, if any, shall always defend, indemnify and hold Contractor, contractor's surety and Owner harmless against all liability for claims and liens for labor performed or materials used or furnished through or under Subcontractor (herein after sometimes referred to as Claimant) for the Project. Liability includes any costs and expenses for attorney's fees, consultant's fees, and all incidental or consequential damages. If suit is brought against Contractor or Owner by a Claimant, Subcontractor shall forthwith upon receipt of tender from Contractor defend the suit at its own cost and expense, and will pay and satisfy any such lien or judgment as may be established by the decision of the court in the suit.

In the event Contractor receives any notification from a subcontractor, supplier or other claimant of this Subcontractor that Subcontractor has failed to timely pay any indebtedness for labor, materials, services, benefits or the like in connection with the Work performed by Subcontractor on this Project, and if Subcontractor fails to provide Contractor with written notice sent certified mail return receipt requested at its home office that Subcontractor is disputing the amount claimed by such sub-subcontractor, supplier or other claimant within twenty-one (21) days following written notification by Contractor to Subcontractor of its receipt of such Notice of Indebtedness, Contractor may at its option pay such claimed amount and backcharge Subcontractor's account for such amount plus a charge of ten percent (10%) thereof for handling. Subcontractor agrees to indemnify and hold Contractor harmless for any claims by Subcontractor against Contractor for any payments made to a claimant under this paragraph.

H.    Information Required by Owner

In addition to the information to be provided by Subcontractor pursuant to other provisions of this Subcontract, Subcontractor hereby agrees to provide, at no additional cost to Contractor, and in a prompt and timely fashion so as not to disrupt the performance of this Subcontract or the contract between Contractor and the Owner, any and all additional information relating to this Subcontract which is required either by the Contract Documents or by law.

I.    Privity

To the fullest extent permitted by law, until Subcontractor's obligations under this Subcontract are completely fulfilled, Subcontractor agrees not to perform any work directly for the Owner or any of its tenants or deal directly with the Owner's representatives in connection with the Project, unless otherwise approved in writing by Contractor. All work for this Project performed by Subcontractor shall be processed and handled exclusively by and through Contractor.