**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES, FOR THE USE OF NORMENT SECURITY GROUP, INC. ) ) ) ) Plaintiff/Counterclaim Defendant, ) ) vs. ) ) ) Case No. 05-CV-01715 (JMF) TRAVELERS CASUALTY AND SURETY ) COMPANY  AND CENTEX ) CONSTRUCTION CO., INC. ) ) Defendant/Counterclaimant. ) | |

CENTEX CONSTRUCTION LLC

    Third-Party Plaintiff/
    Counterclaim Defendant,

vs.

PCC CONSTRUCTION COMPONENTS, INC.

    Third-Party Defendant/
    Counterclaimant.

PCC CONSTRUCTION COMPONENTS, INC.

    Plaintiff,               Civil Action No. 06-CV-1085 (JMF)

vs.

ARCH INSURANCE CO.,

    Defendant.

## **ORDER**

Upon consideration of Centex Construction LLC's Motion to Stay Count III of PCC's Counterclaim and all oppositions and replies thereto, it is this ____ day of _____, 2007 hereby:

ORDERED that the Motion is GRANTED, and Count III is stayed pending the resolution of PCC's claim pursuant to the contractual dispute resolution procedures provided for by PCC's Subcontract with Centex.

_____
Judge John M. Facciola