## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, FOR THE USE OF NORMENT SECURITY GROUP, INC.<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY, et al.<br><br>    Defendants/Counterplaintiffs. | Case No. 1:05-cv-01715-JMF |
| CENTEX CONSTRUCTION LLC<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>PCC CONSTRUCTION COMPONENTS, INC.<br><br>    Third-Party Defendant. | Consolidated with: |
| PCC CONSTRUCTION COMPONENTS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>ARCH INSURANCE COMPANY<br><br>    Defendant. | Case No. 1:06-cv-01085-JMF |

**CONSENT MOTION TO EXTEND DISCOVERY DEADLINE**

Norment Security Group, Inc., Plaintiff/Counterdefendant in Case No. 05-CV-01715 ("Norment"), by counsel, pursuant to Fed. R. Civ. Pro. 6(b)(1) and 16(b), and LCvR 7 and 16.4, and with the consent of all other parties, moves this honorable Court for the entry of an order

extending to and including October 15, 2007 the deadline for completing discovery, and in support of this Motion states as follows:

    1.   Pursuant to Minute Order entered January 22, 2007 this Court consolidated these cases for all purposes and extended the deadline for completing discovery to April 16, 2007.

    2.   On March 1, 2007 these cases were set for a two week bench trial beginning February 19, 2008.

    3.   Given the fact that trial is not scheduled until February of 2008 the parties have jointly agreed to seek an extension of the April 16, 2007 discovery deadline until October 15, 2007, subject to the caveat that this extension will be for the limited purpose of completing depositions and obtaining production of things and documents previously requested, and subject further to the right of any party to propound additional discovery as to facts or issues raised by the depositions.

    4.   Counsel for all other parties have authorized the filing of this Motion and join in Norment's request for the relief requested herein.

    5.   Pursuant to LCvR 7(a) Norment incorporates its statement of points and authorities into the body of this motion.

WHEREFORE, for the foregoing reasons, Norment Security Group, Inc. respectfully requests that this honorable Court enter its order extending until October 15, 2007 the time within which the parties must complete discovery; and for such other and further relief as may be proper.

                                            Respectfully submitted,

                                            _____/s/ Richard E. Hagerty_____
                                            Richard E. Hagerty, #411858
                                            Troutman Sanders LLP

        1660 International Drive, Suite 600
        McLean, Virginia 22102
        (703) 734-4334
        (703) 734-4340 (fax)
        richard.hagerty@troutmansanders.com

        Tameka M. Collier, #488979
        Troutman Sanders LLP
        401 9th Street, N. W., Suite 1000
        Washington, DC 20004-2134
        (202) 274-2950
        (202) 274-2994 (fax)
        tameka.coller@troutmansanders.com

        Marvin H. Campbell, *pro hac vice*
        Law Offices Marvin H. Campbell
        P.O. Box 4979
        Montgomery, AL 36103
        (334) 263-7591
        (334) 832-9476 (fax)
        mhcfirm@aol.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 26th day of March, 2007, a true and accurate copy of the foregoing Consent Motion to Enlarge Discovery Deadline and proposed Order was served electronically pursuant to LCvR 5.4(d), to the following:

        Charles Rick Claxton
        Garson & Claxton LLC
        7910 Woodmont Avenue
        Suite 650
        Bethesda, Maryland 20814
        rclaxton@garsonlaw.com
        *Counsel for Travelers Casualty and Surety Company*

        Todd J. Wagnon
        Thelen Reid Brown Raysman & Steiner LLP
        701 Eighth Street, NW
        Washington, DC 20004
        twagnon@thelen.com
        *Counsel for Travelers Casualty and Surety Company and Centex Construction Co.*

Leonard A. Sacks
Leonard A. Sacks & Assocs., P.C.
One Church Street, Suite 303
Rockville, MD 20850
lsacks@laspc.net
*Counsel for PCC Construction Components, Inc.*

          /s/ Richard E. Hagerty
Richard E. Hagerty