IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES for the use and benefit of NORMENT SECURITY GROUP, INC., <br>    Plaintiff/Counter-Defendant, <br><br>v. <br><br>TRAVELERS CASUALTY AND SURETY COMPANY and CENTEX CONSTRUCTION CO., INC., <br>    Defendants/Counter-Plaintiffs. | Case No.:    05-CV-01715 (JMF) |
| CENTEX CONSTRUCTION CO., INC., <br>    Third-Party Plaintiff/Counter-Defendant, <br><br>v. <br><br>PCC CONSTRUCTION COMPONENTS, INC., <br>    Third-Party Defendant/Counter-Plaintiff. | Consolidated For Discovery With: |
| PCC CONSTRUCTION COMPONENTS, INC., <br>    Plaintiff, <br><br>v. <br><br>ARCH INSURANCE COMPANY, <br>    Defendant. | Case No.: 06-CV-1085 (JMF) |

**PCC CONSTRUCTION COMPONENTS INC.'S**
**ANSWER TO COUNT I OF CENTEX CONSTRUCTION CO., INC.'S CLAIM**

Law Offices
LEONARD A. SACKS & ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

COMES NOW the Third-Party Defendant, PCC Construction Components, Inc. ("PCC"), by and through its undersigned counsel, for its Answer to the Amended Third-Party Complaint filed by Centex Construction Co., Inc.'s Claim ("Third-Party Complaint"), and avers as follows:

### First Defense

The Third-Party Complaint fails to state a cause of action on which relief may be granted.

### Second Defense

Centex Construction Co., Inc. ("Centex") has failed to satisfy the conditions precedent to maintain the instant action.

### Third Defense

Centex's claim is barred by the first breach rule and its own breaches of the contract.

### Fourth Defense

Centex's claim is barred by waiver.

### Fifth Defense

Centex's claim is barred by its own negligence.

### Sixth Defense

Centex's claim is barred by accord and satisfaction.

### Seventh Defense

Centex's claim is barred, in whole or in part, by release.

### Eighth Defense

PCC reserves the right to supplement these defenses as discovery uncovers other potential defenses.

### Ninth Defense

Answering each of the numbered paragraphs of the Amended Third-Party Complaint, PCC states as follows:

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

1. Jurisdiction is a legal question for the Court to which no answer is required, but if an answer is required, PCC denies the allegations of Paragraph 1 and demands strict proof thereof.

2. Upon information and belief, PCC admits the allegations of Paragraph 2.

3. PCC admits that it entered into a subcontract with Centex and entered into a sub-subcontract with Norment, but avers that the best evidence of the terms, conditions and scope are the documents themselves; PCC denies any allegations of Paragraph 3 that are inconsistent therewith.

4. Upon information and belief, PCC admits the allegations of Paragraph 4, but avers that the best evidence of Norment's allegations is the pleading itself and denies any allegations that are inconsistent therewith.

5. Upon information and belief, PCC admits the allegations of Paragraph 5, but avers that the best evidence of Agreement for Consent Award and Mutual Partial Release is the document itself and denies any allegations that are inconsistent therewith.

6. Upon information and belief, PCC admits the allegations of Paragraph 6, but avers that the best evidence of Norment's agreements is the documents themselves; PCC denies any allegations that are inconsistent therewith.

## COUNT I
### [Contractual Indemnification]

7. PCC incorporates its responses to Paragraphs 1 through 6 of the Amended Third-Party Complaint as if fully restated herein as Paragraph 7.

8. PCC avers that the best evidence of the terms and conditions of the Subcontract is the document itself and denies any allegations of Paragraph 8 that are inconsistent therewith.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

9.  PCC denies the allegations of Paragraph 9.

10. PCC avers that the best evidence of the terms and conditions of the Subcontract is the document itself and denies any allegations of Paragraph 10 that are inconsistent therewith.

11. PCC admits that it did not defend Centex in the Miller Act lawsuit filed by Norment as alleged in Paragraph 11 and also avers that it had no duty or obligation to defend Centex and/or Travelers.

12. PCC denies the allegations of Paragraph 12.

## COUNT II

### [Fraud]

13. PCC incorporates its responses to Paragraphs 1 through 12 of the Amended Third-Party Complaint as if fully restated herein as Paragraph 13.

14. PCC admits that it did not pay Norment all of the funds invoiced to Centex for Norment's work and for which Centex paid Norment because Norment owed funds to PCC and not all funds invoiced to Centex was due to Norment.

15. PCC avers that the best evidence of the terms of the certificates is the document itself and denies any allegations of Paragraph 15 that are inconsistent therewith.

16. PCC denies the allegations of Paragraph 16.

17. PCC avers that the best evidence of the terms of the certificates is the document itself and denies any allegations of Paragraph 17 that are inconsistent therewith.

18. PCC denies the allegations of Paragraph 18 and stating further, Centex was made aware of the withholdings from Norment by PCC.

19. PCC denies the allegations of Paragraph 19.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

20. PCC denies the allegations of Paragraph 20.

### COUNT III

### [Negligent Misrepresentation]

21. PCC incorporates its responses to Paragraphs 1 through 20 of the Amended Third-Party Complaint as if fully restated herein as Paragraph 21.

22. PCC denies the allegations of Paragraph 22 and stating further, Centex was made aware of the withholdings from Norment by PCC.

23. PCC denies the allegations of Paragraph 23.

24. PCC denies the allegations of Paragraph 24.

### COUNT IV

### [Unjust Enrichment]

25. PCC incorporates its responses to Paragraphs 1 through 20 of the Amended Third-Party Complaint as if fully restated herein as Paragraph 25.

26. PCC denies the allegations of Paragraph 26 and stating further, Centex was made aware of the withholdings from Norment by PCC.

27. PCC admits the allegations of Paragraph 27.

28. PCC denies the allegations of Paragraph 28.

### COUNT V

### [Breach of Contract]

29. PCC incorporates its responses to Paragraphs 1 through 28 of the Amended Third-Party Complaint as if fully restated herein as Paragraph 29.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

30. PCC admits that as a subcontractor it had certain duties to coordinate, but avers that the best evidence of the terms and conditions is the contract itself and dne4ies any allegations of Paragraph 30 that are inconsistent therewith.

31. PCC denies the allegations of Paragraph 31.

32. PCC denies the allegations of Paragraph 32.

33. PCC denies the allegations of Paragraph 33.

34. PCC denies the allegations of Paragraph 34.

35. PCC denies the allegations of Paragraph 35.

36. PCC denies the allegations of Paragraph 36.

37. PCC denies the allegations of Paragraph 37.

WHEREFORE, PCC Construction Components, Inc. submits that the Amended Third Party Complaint of Centex Construction Co., Inc.'s Claim Against it should be dismissed with prejudice and it should be awarded its costs, fees and such other relief as the Court deems appropriate.

Respectfully submitted by,

/s/
Leonard A. Sacks, Esq., DCB 150268
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
(301) 738-2470

*Counsel for PCC Construction Components*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of PCC's foregoing Answer to Centex's Claim was sent by CM/ECF electronic delivery this 9th day of October 2007 to:

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

Michael E. Jaffe, Esq.  
Todd J. Wagnon, Esq.  
Thelen Reid Brown Raysman & Steiner, LLP  
701 Eighth Street, N.W.  
Washington, D.C. 20001  

Marvin H. Campbell, Esq.  
Law Offices of Marvin H. Campbell  
P.O. Box 4979  
Montgomery, Alabama 36103  

Rick Claxton, Esq.  
Garson Claxton, LLC  
7910 Woodmont Avenue  
Suite 650  
Bethesda, Maryland 20814  

Richard E. Hagerty, Esq.  
Troutman Sanders, LLP  
1660 International Drive  
Suite 600  
McLean, Virginia 22102  

Tameka M. Collier, Esq.  
Troutman Sanders, LLP  
401 Ninth Street, N.W.  
Suite 1000  
Washington, D.C. 20004-2134  

 

/s/  
Leonard A. Sacks

Law Offices  
**Leonard A. Sacks &**  
**Associates, P.C.**  
One Church Street  
Suite 303  
Rockville, Maryland 20850  

Tel: (301) 738-2470  
Fax: (301) 738-3705  

7